<pre>
 1                    IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF TEXAS
 2                          HOUSTON DIVISION


 3   _____
                                             )
 4   UNITED STATES OF AMERICA                )
                                             ) CRIMINAL ACTION NOS.
 5   VS.                                     ) 4:19-CR-135-1 AND
                                             ) 4:19-CR-135-2
 6   RAFAEL E. PINTO-FRANCESCHI, AND         )
     FRANZ H. MULLER-HUBER                   ) 10:04 A.M.
 7   _____)


 8
                               SENTENCING
 9              BEFORE THE HONORABLE GRAY H. MILLER
                            MAY 6, 2021
10

     APPEARANCES:
11
     FOR PLAINTIFF:
12   MR. DREW BRADYLYONS
     MS. SARAH E. EDWARDS
13   United States Department of Justice
     Fraud Section
14   1400 New York Avenue NW, 12th Floor
     Washington, DC  20005
15   (202)262-7809

16   MR. ROBERT SEARLS JOHNSON
     Office of the United States Attorney
17   1000 Louisiana Street, Suite 2300
     Houston, Texas  77002
18   (713)567-9706

19   FOR DEFENDANT PINTO-FRANCESCHI:
     MR. JONATHAN S. FRIEDMAN
20   Attorney at Law
     101 N.E. 3rd Avenue, Suite 110
21   Fort Lauderdale, Florida  33301
     (954)713-2820

22
     FOR DEFENDANT MULLER-HUBER:
23   MR. KEVIN DOW COLLINS
     Bracewell LLP
24   One Congress Plaza
     111 Congress Avenue, Suite 2300
25   Austin, Texas  78701
     (512)494-3640
</pre>

1   APPEARANCES CONTINUED:

2   **COURT INTERPRETER:**
    MR. GREGORIO AYALA

3
    **COURT REPORTER:**

4   Heather Alcaraz, CSR, FCRR, RMR
    Official Court Reporter

5   515 Rusk, Suite 8004
    Houston, Texas  77002

6   (713)250-5584

7


8
    Proceedings recorded by mechanical stenography, transcript

9   produced by computer.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10:04:30  1            **THE COURT:**  Please be seated.

10:04:30  2            Good morning, everyone.  I guess everyone is social

3    distancing with family units?  Everybody's got masks on?  Very

4    good.

10:04:49  5            All right.  I'm going to go in the order that we have

6    listed on the docket.  So, first of all, I'm going to call

7    criminal case 17-394, United States of America versus Jose

8    Orlando Camacho.

10:05:13  9            I think what we could do, since everybody is here at

10   the same time, I could get all of the defendants and their

11   attorneys to come up, and I could do the preliminary stuff for

12   one time, and then we could do the individual sentencings, if

13   everybody's in agreement with that.

10:05:26 14            So let me call the Camacho case first, and then I'm

15   going to call criminal case 18-611, United States of America

16   versus Ivan Alexis Guedez; and criminal case 19-135-1,

17   United States of America versus Rafael Pinto-Franceschi; and

18   criminal case 19-135-2, United States of America versus Franz

19   Muller-Huber.

10:05:57 20            So are all the defendants present in the courtroom?

21   If you'll just stand with your attorneys, you don't have to come

22   up here right now, but I've got everybody's appearances here,

23   and we'll make a formal appearance when we get to that.  But I

24   want to begin, if we -- if I can -- let's see.  Where are we?

10:06:18 25            The defendants are all present.  Some have

1    interpreters who will be interpreting the proceedings for them

2    this morning, but this is a sentencing hearing in each one of

3    your individual cases, and I want to start by letting the --

4    each of the defendants know the Court's sentencing procedures.

10:06:34   5          The Supreme Court has held in the *Booker* case --

10:06:37   6          **MS. EDWARDS:**  I'm sorry, Your Honor, to interrupt, but

7    I believe that two of the defendants who do need interpretation

8    don't have their headphones on.  So if we're going to do this,

9    they may want this portion interpreted.

10:06:48  10          **THE COURT:**  Good.  Thank you.  Thank you for pointing

11   that out.

10:06:50  12          Who needs an interpreter, which of the defendants?

10:07:01  13          **MR. FRIEDMAN:**  Mr. Pinto, Judge.

10:07:02  14          **THE COURT:**  All right.  Mr. Pinto.

10:07:02  15          I'm sorry to catch you unaware.  I just thought this

16   might be an easier way to handle it.

10:07:05  17          All right.  So anybody else?  Any other defendants

18   need an interpreter?

10:07:14  19          **MR. COLLINS:**  Mr. Muller, Your Honor.

10:07:15  20          **THE COURT:**  Ah, Mr. Muller.  Thank you.

10:07:23  21          All right.  Mr. Muller, you want to put on the

22   headphones?

10:07:25  23          All right.  I'm going to start again.  This is a

24   sentencing hearing for each of you this morning, and I want to

25   start by briefly describing the Court's sentencing procedures.

1    The U.S. Supreme Court has held, in the *Booker* case, that the

2    sentencing guidelines are advisory and not mandatory for judges.

3    *Booker* requires the sentencing court to consider the guideline

4    ranges, but it permits the Court to tailor the sentence in light

5    of other statutory concerns as well.

10:08:08  6          The Court, in the exercise of its sentencing

7    discretion, will rely on the factors set out in Section 3553(a)

8    to fashion an appropriate sentence in each of your cases to

9    achieve the congressionally mandated purposes of sentencing as

10   set forth in the Sentencing Reform Act of 1984.  The Court will

11   endeavor to faithfully apply the directives within the

12   guidelines, in their entirety, to determine the total offense

13   level and the criminal history category under the guidelines.

14   Thereafter, the Court will exercise its discretion to determine

15   the appropriate sentence.

10:08:55  16          In doing so, the Court will give considerable weight

17   to the sentencing range calculated under the guidelines.  Any

18   comments by the Court in the course of the sentencing are not to

19   be construed as an indication that the Court believes that the

20   guidelines are mandatory or that they constrain the Court's

21   ultimate sentencing discretion.

10:09:21  22          The standard of proof for factual finding in

23   connection with sentencing is preponderance of the evidence, and

24   in determining whether that standard has been met, a presentence

25   report is generally considered sufficiently reliable to be used

1    by the trial court as evidence in making the factual

2    determinations, which are required by the sentencing guidelines.

10:09:51  3          All right.  So I will start, now, with Mr. Camacho,

4    please.

5          *(The Court heard other matters.)*

11:17:05  6          **THE COURT:**  All right.  Criminal case 19-135,

7    United States of America versus Rafael Pinto-Franceschi.

11:17:10  8          **MR. FRIEDMAN:**  Good morning, Your Honor -- still this

9    morning -- Jonathan Friedman on behalf of Mr. Pinto.  He's

10   present with the assistance of a Spanish-speaking interpreter.

11:17:19 11          **THE COURT:**  All right.  Good morning, Mr. Friedman and

12   Mr. Pinto.

11:17:23 13          And Ms. -- oh, Ms. Edwards has disappeared.

11:17:28 14          **MR. BRADYLYONS:**  That's right.  Good morning,

15   Your Honor.  Drew Bradylyons on behalf of the United States.

11:17:32 16          **THE COURT:**  Tell me your name again.

11:17:35 17          **MR. BRADYLYONS:**  Draw Bradylyons.

11:17:36 18          **THE COURT:**  Bradylyons, okay.  Good morning to you,

19   sir.

11:17:41 20          All right.  I have reviewed the presentence report in

21   Mr. Pinto's case.  Let's see.  The government didn't file any

22   objections --

11:17:54 23          **MR. BRADYLYONS:**  That's correct, Your Honor.  No

24   objections.

11:17:55 25          **THE COURT:**  No objections by the government.

11:17:57  1          All right.  The defendant had objected to the plus two

2   for multiple incidents of bribery alleging that it all was one

3   scheme, and so, therefore, there shouldn't be the plus two.

4   And, let's see, I think there was also something with respect to

5   the financial condition.  I've taken into account what you have

6   said about that, but the only one that affects the guidelines is

7   your first objection.

11:18:20  8          MR. FRIEDMAN:  That's correct.

11:18:20  9          THE COURT:  All right.  What would you like to say

10   about that?

11:18:22 11          MR. FRIEDMAN:  Judge, I think you summed it up in

12   (inaudible) --

11:18:24 13          THE REPORTER:  I'm sorry.  Microphone.

11:18:24 14          MR. FRIEDMAN:  I think you summed it up in how you

15   just characterized it.  I see it as -- and I think the Court, if

16   you look at it factually, there was a meeting, and we heard

17   about the meeting with Mr. Pinto, Mr. Camacho, Mr. Guedez, where

18   they agreed to pay 3 percent, and I understand that the

19   3 percent was for a couple of things.  It was in exchange for

20   payment priority for the invoices that were aging (inaudible) --

11:18:55 21          THE REPORTER:  I'm sorry.  I can't hear you.

11:18:58 22          MR. FRIEDMAN:  But it was also from the government's

23   investigation to award or to refer end users in Venezuela to use

24   Venequip's parts -- or one of their parts and equipment, which

25   was, basically, Caterpillar.

11:19:18  1          The way I'd look at it, Judge -- and I think the Court

        2  looks -- should look at it is the 3 percent was sort of stetched

        3  -- etched in stone from the beginning, and it was really for the

        4  payment of these outstanding invoices.  And I would suggest to

        5  the Court if PDVSA -- if these officials would have allowed the

        6  payment of all the invoices at one time, there would have been

        7  only one 3 percent payment that would have been made.

11:19:48  8          I don't think, necessarily, the referring of end users

        9  to use Venequip's equipment, the Caterpillar equipment -- I

       10  understand that's part of what was agreed upon, but really,

       11  primarily, it was the money, getting the past-due invoices paid.

11:20:05 12          So looking at it in that light, Your Honor, I would

       13  ask the Court to sustain our objection that, although there were

       14  32 different payments that went out from Venequip to this

       15  fictitious company, in essence it was for one purpose, and

       16  really, ultimately, the only thing that was really checked and

       17  rechecked was getting these payments, getting the outstanding

       18  balances paid.

11:20:33 19          I looked up some of the cases that the government

       20  cited in their memo.  Clearly, in those cases -- and there's

       21  more than one contract that -- you know, there was a bribe made

       22  for performance on this contract.  There was a bribe made for

       23  performance on another contract, and I can see, when there's

       24  more than one contract, obviously, you can say there's more than

       25  one bribe.

11:20:55  1     But in the factual situation that we have here -- and

2     I think the Court's quite familiar with how this operated -- it

3     was primarily for the payment.  That 3 percent was what it was,

4     and when those invoices got paid, they would pay the 3 percent.

5     I don't think there was ever -- really ever any concern about

6     end users referring business to them.

11:21:16  7     I understand that happened, but I think even if that

8     didn't happen and nobody ordered anything further from Venequip,

9     I think the 3 percent was going to continue to be paid because

10    those were outstanding invoices of substantial amounts of money

11    that were due for, you know, legitimate products that were

12    ordered.

11:21:36 13     So with that, Judge, we'd ask you to sustain the --

14    our objection to that two-point enhancement.

11:21:42 15     **THE COURT:**  All right.  And the government's position

16    is...?

11:21:46 17     **MR. BRADYLYONS:**  We believe that the guidelines were

18    correctly calculated, Your Honor.  The application notes permit

19    more than one bribe to be traded -- treated as a single bribe

20    when they are related payments that, in essence, constitute a

21    single incident of bribery or extortion, e.g., a number of

22    installment payments for a single action, and that is not the

23    case here, Your Honor.

11:22:08 24     This was a series of bribes over the course of a

25    three- or four-year period, thirty-two specific instances of

1    bribery for two separate things, the referral of Venequip's

2    services and products, as well as payment on these invoices.   I

3    think that puts us squarely within the heartland and the plain

4    text of the more-than-one-bribe enhancement.

11:22:34   5        THE COURT:   All right.   I'm going to overrule your

6    objection on -- on that.   I'm going to keep the plus two.

11:22:39   7        So, therefore, I'm going to adopt the presentence

8    report and find that the total offense level is 27 with a

9    criminal history category of one.   That yields a recommended

10    period of imprisonment of 70 to 87 months; a period of

11    supervised release of three years; a fine range from 12,000 to

12    500 [sic] to $6,941,561.26; and a special assessment of $200.

11:23:18   13        All right.   So the government has filed a 5K in this

14    case requesting a sentence of 56 months.

11:23:24   15        MR. BRADYLYONS:   That's correct, Your Honor.

11:23:25   16        THE COURT:   All right.   You want to say anything about

17    that other than what's in your sentencing memorandum?

11:23:31   18        MR. BRADYLYONS:   With respect to the 5K, Your Honor,

19    Mr. Pinto was immediately truthful with law enforcement when he

20    was approached, and he provided assistance relating to the

21    conduct that took place at Venequip, which allowed and furthered

22    the government's investigation and likely resulted in the guilty

23    plea of an additional coconspirator, and we believe that rises

24    to the level of substantial assistance and warrants a 20 percent

25    reduction in sentence.

11:23:55 1          **THE COURT:**  Thank you.

11:23:55 2          All right.  Mr. Friedman?

11:23:58 3          **MR. FRIEDMAN:**  I concur with all of what the

4     government indicated with regard to his assistance in that

5     respect, Judge.  We provided a sentencing memorandum to the

6     Court, and as you will note in our first paragraph of the

7     sentencing memorandum, I don't ask for probation.  I do put in

8     there that we're going to ask for a significant downward

9     variance from the guideline range, but we are not seeking

10    probation here today.

11:24:35 11         And the reason, Judge, is because we -- we've looked

12    at the sentences that the Court has handed down.  We've looked

13    at not only the payer side of things, which Mr. Pinto was part

14    of, but we also looked at the sentences of some of the people

15    who received the bribes, and it seems that's -- what's common a

16    trend in all of the sentences this morning, and even the

17    sentencings that you held in the past, is the culpability and

18    the responsibility as to what individuals have benefited

19    personally.

11:25:09 20         And I think that's a big concern for the Court, and

21    that's what I'm looking at:  What did Mr. Pinto benefit

22    personally?  And what he benefited personally is -- I believe

23    it's approximately $985,000.

11:25:25 24         What the Court should also note, which makes Mr. Pinto

25    a little different than some of the other folks that have been

1    before the Court and some of the other coconspirators in this

2    particular case, is that Mr. Pinto was an employee.  He wasn't

3    an officer.  He wasn't a director.  He wasn't the owner,

4    clearly, of the Venequip company.  He was an employee.

11:25:50  5          His account was PDVSA in Venezuela, and he had worked,

6    as I put in the memorandum, for a number of years, going from a

7    clerical person when he was living in Venezuela, to moving to

8    the United States, eventually becoming an account manager, and

9    that's where, basically, it ended for him.

11:26:10  10         But when Mr. Pinto was getting pressure from the

11   Venequip corporation to, basically, you know -- these

12   outstanding invoices, which I think were, perhaps -- and the

13   government can correct me if I'm wrong -- maybe 60, $70 million

14   of invoices for parts, machinery, what -- what have you, was not

15   getting paid.  Mr. Pinto, unfortunately, now in hindsight,

16   obviously, used bad judgment, but when he had that meeting with

17   Mr. Pinto -- with Mr. Camacho and Mr. Guedez, he brought it back

18   to the Venequip people.

11:26:46  19         He went to his boss, Mr. Muller, who you'll deal with

20   next, but it was brought up the chain of hierarchy in the

21   Venequip corporation.  My understanding is they, obviously, had

22   a meeting on this, and they endorsed it.

11:27:04  23         They went back and said, Yeah, we want to participate

24   in this.  We need to get these invoices paid.  And,

25   unfortunately, Mr. Pinto delivered that news, and that's when

1    the process started.

11:27:18  2         So obviously, you know, it sort of was reinforced, at

3    least, by his company that he was working for, We're going to do

4    this.  The money wasn't coming from him.  He wasn't receiving

5    all of the millions of dollars for past-due invoices, but he did

6    receive that personal benefit of the, I believe, 1 percent of

7    the total amount for a period of time, and then maybe it

8    dwindled somewhat when Mr. Muller got involved.

11:27:50  9         So we look at personal benefit, and when I look at the

10   chart, which seems to be common in a lot of our memorandums -- I

11   like the government's chart because it has a little more detail

12   than the chart I provided.  But, you know, I look at, for

13   instance, Mr. Padrone (phonetic), and we've heard, in

14   Mr. Camacho's sentencing, the government's articulating why, in

15   fact, you know, he received an 18-month sentence when his

16   personal benefit was over $9 million, almost nine, ten times

17   what Mr. Pinto personally benefited from.

11:28:26  18        And he did cooperate, but so did Mr. Pinto as well.

19   Mr. Pinto got a 20 percent recommendation; Mr. Padrone got a

20   33 percent.  I mean, I don't know if you can quantify, really,

21   what that really means, but basically in the same neighborhood.

11:28:45  22        But $9 million as a personal benefit, receiving

23   18 months imprisonment, that's why I came to the Court, and the

24   first thing I said is, We're not asking for probation, but what

25   we think is a reasonable sentence that is sufficient would be

1    anywhere from a year -- and I say that other -- rather than a

2    year and a day, but a year because of Mr. Pinto's status here in

3    the United States.  He's a resident alien.  He's here lawfully,

4    and as the Court has read the memorandum, you can see his

5    background and history.

11:29:19    6    He's here today with his wife in the back and some

7    family friends.  They have the two small children.  So we ask,

8    if the Court is going to impose a period of imprisonment,

9    consider a year only because I believe a year and a day will

10    have some implications for Mr. Pinto with regard to immigration.

11:29:39    11    Not -- I'm not an immigration expert, but I've had

12    cases in the past, in other districts where I'm from, where a

13    guy got a year and a day from a court, and it became a maj- -- a

14    big issue where if it was one day less, it would have meant the

15    world to my client.  And I can't recall exactly what happened

16    with that, but from that experience, I'm asking the Court to

17    perhaps consider a year of incarceration for Mr. Pinto.

11:30:07    18    Just looking at the chart, for instance, Mr. Millan

19    (phonetic), his personal benefit was $533,000 -- Mr. Pinto's is

20    a slight bit more than that -- and he also, obviously,

21    cooperated, but he got probation.  So asking for a sentence of a

22    year, but no more than an 18-month sentence, we feel would be

23    sufficient but not greater than necessary under the

24    circumstances of this case, Judge.

11:30:41    25    Now, I know, at the same time that other people have

1  paid back some of the funds that are part of the monetary

2  judgments, my client has not been able to do that.

3  Unfortunately, he's just not been able to do that; however, his

4  intentions are good, that he would like to do that, and he will

5  do that, and when he is finished serving his period of

6  incarceration, I would imagine the Court's going to put him on a

7  period of supervised release, and he'll make every attempt to do

8  so in that regard.

11:31:14  9       I really don't want to take any more of the Court's

10  time, Judge.  I think we're being sort of reasonable in our

11  request.  If you look at the monies and the benefits and my

12  client's role in what he did, I think that a year is, obviously,

13  strict -- that's substantial punishment.  He'll be away from his

14  family and a whole other bunch of ramifications to himself as a

15  result of that, Judge.

11:31:44  16       My client would like to address the Court.  He's

17  prepared a written sort of speech, and it should take about

18  five minutes for him to read that.

11:31:52  19            **THE COURT:**  Sure.

11:31:53  20            Mr. Pinto, come forward, please.

11:32:03  21            **THE DEFENDANT:**  I'm a little nervous, so I would like

22  to apologize, Your Honor.

11:32:07  23            **THE COURT:**  No problem.

11:32:09  24            **THE DEFENDANT:**  With all due respect to Your Honor, I

25  thank God for letting me be present here today accompanied with

1   my family in this hearing.  I would like to thank my wife,

2   Giovanna (phonetic), and let her know that I will be forever

3   thankful for the support she has given me (indiscernible) --

11:32:39  4          **THE REPORTER:**  I'm sorry?

11:32:39  5          **THE INTERPRETER:**  In spite of the fact she came into

6   my life after the facts I'm being accused of today.

11:32:57  7          **THE DEFENDANT:**  I would like to thank God for my two

8   daughters, Miranda and Camilla (phonetic), who have come into my

9   life to make -- to give my life sense and make me a more

10   responsible person.  I would like to -- I would like to thank my

11   parents and my five -- and my five brothers, especially

12   Francisco, who is here today, my mother-in-law, Giovanna Marrero

13   (phonetic), and all of my family in general.

11:33:36  14        I would like to thank my lawyer, Mr. Jonathan.  I

15   would like to apologize to my family for what happened ten years

16   ago.  Now I understand this will affect their lives.

11:34:07  17        I would like -- I stand before you -- I stand before

18   Your Honor -- I stand feeling very ashamed before Your Honor,

19   and I would like to -- and the prosecutor and the agents, and I

20   would like to apologize to all of them -- to all of you.  I was

21   raised by my parents in a healthy home full of happiness.  I was

22   formed under Catholic principles, and since I was very young, I

23   was taught to respect people and value family.

11:34:49  24        For over 15 -- for 15 years, I worked for Venequip.  I

25   started out from a very low-level job.  Fifteen years later, I

1    climbed to the post of manager of government accounts.  All

2    government accounts were under my responsibility.

11:35:30  3         By that time, I wanted to be the youngest and most

4    successful executive.  The company had 1,300 employees.  For

5    those people, I was always a hero who was always to protect

6    their jobs.  I always thought I -- I had (indiscernible) --

11:36:01  7         **THE REPORTER:**  I'm sorry?

11:36:01  8         **THE INTERPRETER:**  I always thought I have a great -- I

9    have built a career in the company.

11:36:15 10         **THE DEFENDANT:**  The owner for the company -- the

11   company owner were aware of everything that was being done and

12   gave their authorization.  For many -- for many, it's not a

13   secret that Venezuela is undergoing a economic and social

14   crisis.  Corruption is a fact of everyday life for people who,

15   one way or another, work for the Venezuelan government.

16   Unfortunately, this evil reached me, and I accepted it.

11:37:00 17         A long time -- a long time after -- a long time later,

18   I understand how serious my participations was.  I want to clear

19   up that I was an employee and, as such, I was just doing my job.

20   The company owners received the great -- the big economic

21   benefits.

11:37:29 22         Today, ten years later, I'm -- I can thank God for

23   having a beautiful family, a stable job with my -- along with my

24   wife, and emotional stability.  Today, I'm responsible for my --

25   for my mom -- for my dad and my mom, who are 84 and 80 years,

1  respectively, and they're still living in Venezuela.

11:38:02 2         To end, Your Honor, I would like -- I want to -- I

3  would like to ask mercy from the Lord and from you, Your Honor.

4  I -- I ask you to grant me the opportunity to correct my

5  mistakes and allow me the possibility of being -- of being with

6  my family's side because they need me now more than ever.  I

7  promise I will -- I promise I will show you that I have -- that

8  I have taken the right path, and I will live my life in honesty

9  and -- in an honest way.

11:38:48 10         **THE COURT:**  Thank you, Mr. Pinto.

11:38:52 11         All right.  Anything else you would like to say with

12  regard to sentencing?

11:38:56 13         **MR. BRADLYONS:**  Just briefly, Your Honor.  I know the

14  scheme has been described repeatedly this morning.  I would note

15  that Mr. Pinto was at that initial meeting where this scheme was

16  conceived of and that this scheme then took place over the

17  course of an additional three or four years with as many as

18  32 bribes.  This type of corruption that's difficult to detect

19  and involves large dollar amounts is exactly the type that calls

20  for a sentence that promotes general deterrence and respect for

21  the law.

11:39:29 22         That being said, Mr. Pinto has been a productive

23  cooperator for the United States.  He's provided substantial

24  assistance.  He's been very helpful, and he quickly took

25  responsibility for his conduct.

11:39:42  1        **THE COURT:**  Thank you.

11:39:44  2        All right.  I do believe a custodial sentence is

3   warranted in this case.  I am going to grant the government's 5K

4   motion.  Not surprisingly, I'm going to go down a little lower

5   than what the government has recommended.

11:39:58  6        I do note in this case, though -- it's different from

7   the first two -- is that there are two counts of conviction in

8   this case as opposed to one in each of the first two cases.

9   But, certainly, I think the cooperation is important and should

10   be rewarded, but taking into account the 3553(a) factors.

11:40:21 11        Pursuant to the Sentencing Reform Act of 1984, it is

12   the judgment of the Court that the defendant is hereby committed

13   to the custody of the Bureau of Prisons to be imprisoned for

14   24 months as to Count 1S, and 24 months as to Count 2S, to be

15   served consecutively [sic] for a total of 24 months.

11:40:40 16        Upon release from imprisonment, the defendant shall be

17   placed on supervised release for a term of three years.  This

18   term consists of three years as to each of Counts 1S and 2S to

19   run concurrently for a total of three years.  Within 72 hours of

20   release from the custody of the Bureau of Prisons, the defendant

21   shall report in person to the probation office in the district

22   to which the defendant is released.

11:41:00 23        While on supervised release, the defendant shall not

24   commit another federal, state, or local crime, shall comply with

25   the mandatory and standard conditions of supervision adopted by

1 this Court, and shall abide by any mandatory conditions required

2 by law, and the following special conditions:

11:41:16 3    You must immediately report to U.S. Immigration and

4 Customs Enforcement and follow all of their instructions and

5 reporting requirements until any deportation proceedings are

6 completed.  If you are ordered deported from the United States,

7 you must remain outside the United States unless legally

8 authorized to reenter.  If you do reenter the United States, you

9 must report to the nearest probation office within 72 hours

10 after you return.

11:41:41 11    You must seek proper documentation from U.S.

12 Immigration and Customs Enforcement authorizing you to work in

13 the United States.  You must provide the probation officer with

14 access to any requested financial information and authorize the

15 release of that financial information.  The probation office may

16 share the financial information with the U.S. Attorney's Office.

11:42:01 17    You must not incur new credit card charges or open

18 additional lines of credit without the approval of the probation

19 officer.  You must not engage in any occupation, business

20 profession, or volunteer activity that would require or enable

21 you to have access to bidding or sales account management

22 without the approval of the probation officer.

11:42:19 23    You must submit to substance abuse testing to

24 determine if you have used a prohibited substance.  You must pay

25 the costs of that testing if you're financially able.  You may

1   not attempt to obstruct or tamper with the testing methods.

11:42:31   2          It is further ordered that United States -- that the

3   defendant shall pay to the United States a fine of $12,500 and a

4   special assessment of $200.

11:42:42   5          Having assessed the defendant's ability to pay,

6   payment of the total criminal monetary penalty shall be due as

7   follows:  The defendant shall begin payment immediately.  Any

8   unpaid balance will be due in payments of the greater of $25 per

9   quarter or 50 percent of any wages earned while in prison in

10  accordance with the Inmate Financial Responsibility Program of

11  the Bureau of Prisons.

11:43:04  12          Any balance remaining after release from imprisonment

13  shall be paid in monthly installments of $100 to commence

14  60 days after release from imprisonment to a term of

15  supervision.  All payments are to be made through the

16  United States District Clerk, Southern District of Texas.

11:43:18  17          Let's see.  Do we have a preliminary order of

18  forfeiture in this case, or a final --

11:43:23  19          **MS. EDWARDS:**  We have a money judgment, Your Honor,

20  which we would ask be incorporated into the judgment.

11:43:28  21          **THE COURT:**  All right.  Money judgment's already been

22  signed, and that'll be incorporated into the judgment.  All

23  right.

11:43:36  24          **MR. FRIEDMAN:**  Judge, when you were imposing the

25  sentence, myself and I -- Mr. Bradylyons looked at each other.

1    I think you -- you said 24 months to each count consecutively.

2    I think you meant to say --

11:43:46  3        THE COURT:  Concurrently.

11:43:48  4        MR. FRIEDMAN:  Okay.

11:43:48  5        THE COURT:  I'm sorry.  Concurrently.  Thank you.

11:43:48  6        MR. FRIEDMAN:  I just want the record to be clear on

7    that.

11:43:51  8        THE COURT:  Yeah.  Probation was already on his feet

9    over there to, yeah, correct me.  I'm sorry.  I got that wrong.

10   Yes, it's total 24 months.  So those will be served --

11:43:59 11        MR. FRIEDMAN:  Judge, with regard to a placement for

12   Mr. Pinto, if the Court could recommend placement in a Bureau of

13   Prisons as close as possible to the Southern District of

14   Florida, I know there is a camp in the Miami -- in Miami-Dade

15   County.

11:44:17 16        THE COURT:  All right.

11:44:17 17        MR. FRIEDMAN:  If the Court can specifically make a

18   recommendation that he be imprisoned in the camp, which I

19   believe is in Homestead, Florida.

11:44:25 20        THE COURT:  I'll make that recommendation.  Of course,

21   the Bureau of Prisons decides exactly what kind of facility, you

22   know, they're required to serve their time in, but I'll make

23   that recommendation.

11:44:35 24        I do need to advise Mr. Pinto of his appellate rights.

11:44:38 25        Mr. Pinto, you generally have the right to appeal your

1    conviction and your sentence; however, you may give up some or

2    all of those rights in a plea agreement, and the plea agreement

3    that you have entered into in this case does, in fact, waive

4    some or all of your rights to appeal.

5    11:44:52        These waivers are generally enforceable; however, if

6    you believe the waiver's invalid, you can present that theory to

7    the Court of Appeals.  If you file an appeal, it must be filed

8    within 14 days of the entry of judgment.  If you cannot afford

9    to pay the costs on appeal, you can ask to proceed without

10   paying the costs, and you have the right to have an attorney

11   appointed to represent you on appeal if you cannot afford an

12   attorney.

13   11:45:17        Anything else from the government?

14   11:45:19        **MR. BRADLYONS:**  The government would move to unseal

15   the plea agreement, Your Honor.

16   11:45:21        **THE COURT:**  All right.

17   11:45:23        **MR. FRIEDMAN:**  No objection.

18   11:45:24        **THE COURT:**  Unsealed.  The plea agreement is unsealed.

19   11:45:26        Voluntary surrender is fine.  Your client will have to

20   sign a form before he leaves.  So do not let him leave before --

21   one more sentencing, and we'll be done, and all four of the

22   defendants can sign their forms.

23   11:45:37        I don't think there's anything else with respect...

24   11:45:42        **THE CASE MANAGER:**  Remaining counts?

25   11:45:43        **THE COURT:**  We don't need to dismiss any counts, do

1    we?

11:45:46  2              **MR. BRADYLYONS:**  No, Your Honor.

11:45:49  3              **THE COURT:**  Are we sure about that?

11:45:51  4              **MS. EDWARDS:**  We're sure.  Mr. Pinto pled to a

5    two-count information, and I believe a condition of that, the

6    indictment was already...

11:45:58  7              **THE COURT:**  All right.  Fine.  Thank you.

11:45:59  8              **MR. FRIEDMAN:**  Thank you, Judge.

11:46:00  9              **THE COURT:**  All right.  Good luck to you, Mr. Pinto.

10              All right.  So, finally, we're at criminal case

11    19-135-2, United States of America versus Franz Muller-Huber.

11:46:31 12              **MR. COLLINS:**  Kevin Collins for Mr. Huber.

11:46:34 13              **MR. BRADYLYONS:**  Drew Bradylyons on behalf of the

14    United States.

11:46:36 15              **THE COURT:**  All right.  Good morning -- I guess it's

16    still -- yes.  It is still morning -- to everyone.

11:46:43 17              I've reviewed the presentence report in this case.  No

18    objections by the government?

11:46:49 19              **MR. BRADYLYONS:**  That's correct, Your Honor.  No

20    objections.

11:46:51 21              **THE COURT:**  All right.  And we have the same objection

22    with respect to the plus two for multiple bribes.  Do you want

23    to say anything other than the -- what you have written in your

24    objections?

11:47:03 25              **MR. COLLINS:**  I do, Your Honor, and it's based on what

1    we heard today.

11:47:06 2              THE COURT:  All right.

11:47:07 3              MR. COLLINS:  Three times today we've heard two

4    different lawyers in two different cases talk about a meeting

5    that occurred among three defendants sentenced today.  At 10:38,

6    Ms. Edwards talked about Mr. Camacho being present with

7    Mr. Pinto and Mr. Guedez when they set the terms of the deal.

8    At 11:35, in Mr. Pinto's hearing, Mr. Friedman said it; and then

9    again Mr. Bradylyons, just a little bit later, made the same

10   observation.

11:47:30 11             I think, when it comes to evaluating the two-point

12   enhancement, how does the Court define the terms of the deal,

13   and who was there when the terms were created?  One way to look

14   at the terms is it was 3 percent.

11:47:43 15             They got together.  They actually had a physical

16   meeting.  They thought about this scheme.  They thought about

17   the manner and means of the scheme --

11:47:52 18             THE COURT:  Does your client have his headphones on?

11:47:57 19             THE DEFENDANT:  Yes.

11:47:58 20             THE COURT:  Okay.  Thank you.  Just want to make sure.

11:47:59 21             MR. COLLINS:  He -- they thought about the scheme.

22   They thought about the manner and means of the scheme.  And they

23   came to the -- figured out what the terms were, and the terms

24   were 3 percent to try to get paid on their invoices, and then

25   tried to encourage people to purchase more product.

11:48:12 1        You can look at that scheme, certainly, in terms of

2    the dollars paid on the invoices that were ultimately paid by

3    PDVSA, but the 3 percent didn't change, and there was no one who

4    got back together and talked about changing the 3 percent.  And,

5    certainly, this specific client in this specific case was not

6    present in that meeting.

11:48:31 7        Now, what he did do was, when presented with that

8    3 percent, he went to the chief financial officer of the

9    company, told him; got his approval.  Then he went to the board

10   of directors and made the presentation and said, This is our

11   best way to get our payment -- our outstanding invoices paid,

12   and they authorized him to create the 3 percent invoices.

11:48:52 13       In the context of the FCPA, that's wrong.  That's

14   illegal.  He understands it.  He's accepted responsibility for

15   it.  But in terms of the two-point enhancement, he wasn't in

16   that meeting, and one way to look at it is the term was

17   3 percent.  The amounts that get paid on 32 invoices are not

18   renegotiating the terms.

11:49:12 19            THE COURT:  And the government's position?

11:49:14 20            MR. BRADLYONS:  It is true that Mr. Muller was not at

21   that meeting.  He did, however, authorize that arrangement and

22   discuss it with others at the company.  While the scheme,

23   perhaps, was on a going-forward basis to get 3 percent of each

24   invoice, each invoice is a separate iterative, unique bribe that

25   took place, again, over the course of years.  And, again, it's

1    the government's position that that really falls within the

2    heartland of the more-than-one-bribe enhancement.

11:49:44 3         **THE COURT:**  Even though he wasn't present at the

4    meeting, I think I agree with the government on this one.  So

5    I'm going to overrule your objection with respect to the plus

6    two.

11:49:51 7         That means that the Court will adopt the presentence

8    report and find that the total offense level is 27 with a

9    criminal history category of one.  That would yield a

10   recommended period of imprisonment, under the advisory

11   guidelines, of 70 to 87 months; a period of supervised release

12   of one to three years; a fine range from $12,500 to

13   $6,941,561.26; and a $200 special assessment.

11:50:24 14        So I note that the government has filed a 5K motion in

15   this case, as well, asking me to go down to a sentence of

16   56 months.

11:50:33 17        Correct?

11:50:35 18        **MR. BRADLYONS:**  That's correct.

11:50:36 19        **THE COURT:**  All right.  So, Mr. Collins, what would

20   you think as far as sentencing is concerned?

11:50:44 21        **MR. COLLINS:**  Your Honor, we filed a motion for

22   variance in this case, and we talked about some issues different

23   from the issues that I've heard in the previous sentencing

24   hearings today.

11:50:53 25        Mr. Muller is 70 years old, and he is concerned about

1    the risk of COVID, and so that was part of it, but we ask the

2    Court to really look at the 3553(a) factors in the context of

3    this case.  And going in order, briefly, no one today has

4    pointed the Court to the idea that, perhaps, the Court should

5    look at national sentencing statistics and make sure there's not

6    an unwarranted departure or variance from those statistics, and

7    we provided that as Attachment A to our -- to our motion.  We

8    also discussed that.

11:51:28 9        The trend is going downward in bribery cases -- a

10   sentence under the same 2C1.1 -- and the total number of months

11   in those cases has gone down.  We tried to give the Court, in

12   the context of that motion, enough facts to make a finding that

13   this would be an unwarranted departure to come in this high, in

14   this particular range, on this particular case.

11:51:52 15       Beyond that, we've also argued, like you've heard from

16   other defendants in this case, that:  Is this defendant

17   similarly situated to the defendants who received the different

18   types of sentences they received?  And we've heard more

19   sentences today.

11:52:04 20       In the chart we provided, we look at the case in the

21   context of payers of bribes and receivers of bribes, and we

22   provided the Court with a list of payers of bribes, of which

23   Mr. Muller is one and Mr. Pinto was one, and we tried to give

24   the Court that context.

11:52:23 25       A lot of people have talked about the personal gain

1    that these individual defendants have gotten, and the sort of

2    proxy for that is their preliminary order of monetary

3    forfeiture.  I would note that in this case, Mr. Muller has the

4    lowest dollar amount there.  It's not dispositive, but it is

5    something to consider.

11:52:42  6          He is taking the steps to try to repay that.  He's got

7    to liquidate something in Venezuela, and that doesn't happen

8    easily, but he's taking the steps to try to pay that.  I know

9    some of the defendants have come into court and already made

10   their payments.

11:52:58  11         And then in the context of cooperation, the one thing

12   that's not in the memorandum that I'd like to make sure the

13   Court's aware of before imposing sentence is that the government

14   often will use the percentage substantial assistance as a sort

15   of gauge to help the Court figure out where people should be

16   slotted in.  This defendant received 20 percent -- and it's the

17   government's prerogative.  I'm not arguing against the

18   prerogative, and we're appreciative of that.  But this defendant

19   was willing to provide additional information about additional

20   targets, and when sort of COVID happened, that seemed to have

21   fallen -- fell apart.

11:53:34  22         I'm not going to mention the targets in open court,

23   but we were ready, willing, and able to debrief on additional

24   targets, additional cases, and we didn't quite get there.  I

25   think part of that was pandemic related, and to the extent that

1    that's meaningful, we wanted to make sure the Court was aware of

2    that.

11:53:50  3           Finally, we do put in our memorandum and in the

4    attachments that 70-year-old people going into federal detention

5    facilities do run the risk, potentially, of getting a disease

6    that, currently, is still plaguing the country and certainly

7    plaguing federal detention centers.  I, purposefully, did not

8    ask for probation in our motion.  In the same way that I was

9    concerned that the government had asked for consecutive

10   sentences -- I felt that was a little bit of an overreach -- I

11   don't think it's right for defendants to come in and always ask

12   for probation.

11:54:21  13          What we did ask for is for the Court to consider all

14   of these factors, to think about his age, and if, you know -- to

15   be punished, if the Court would consider home confinement,

16   potentially, as a way to satisfy that punishment.  He has been,

17   you know, at home with an ankle monitor that he's paid for, for

18   two years.  He's been in perfect compliance.  He's not been an

19   issue for his supervisory officers in Florida, and it's

20   burdensome.

11:54:50  21          It's not the same burden as being in prison,

22   certainly, but he might suffer an enhanced risk if he went into

23   prison given his age and susceptibility to a disease that could

24   end his life.  He's in the winter of his life.  He's got

25   grandchildren.  He's got people that care for him.  He cares for

1    them.

11:55:09  2          I think that he is going to accept the Court's

3    punishment with grace and humility.  I think he's been humbled

4    by the fact that he knows, in his heart, that, you know, he's

5    probably -- although they would never tell him this, probably

6    lost some respect of his kids a little bit because they've

7    always looked up to him as the, you know, patriarch of the

8    broader family, and he has to live with that.

11:55:34  9          That's all, Your Honor.

11:55:35 10          THE COURT:  All right.  Thank you.

11:55:37 11          The defendant had a statement he would like to make.

11:55:39 12          Mr. Muller, is there anything you would like to say?

13    Just come forward, please, and...

11:55:46 14          THE DEFENDANT:  (In English) Really, I only want to

15    accept responsibility.  I really made a mistake.  I want --

11:55:55 16          (Through interpreter) I want to apologize.

11:55:57 17          (In English) -- to apologize to you as a judge, to the

18    U.S. government and all the America as a country.  I accept what

19    I did here -- and to my family.  Thank you.

11:56:12 20          THE COURT:  Thank you, sir.

11:56:14 21          MR. COLLINS:  His daughter and son are in the

22    audience, Your Honor.

11:56:19 23          THE COURT:  All right.  Thank you.

11:56:21 24          All right.  So what do you think?

11:56:22 25          MR. BRADYLYONS:  Just briefly, Your Honor, Mr. Muller

1   was not at that initial meeting, as we discussed a moment ago.

2   He, initially, was not cut into the kickback arrangement.  As a

3   result of that, he made less than some of his conspirators.

4   That said, as the president of Venequip, he was well-positioned

5   to stop this conduct, and he did not.

11:56:44  6        With respect to the significance of the scheme more

7   generally, we'd rely on our sentencing submissions, and I know

8   we've made those arguments already this morning.

11:56:56  9        **THE COURT:**  With respect to Mr. Muller vis-a-vis

10  Mr. Pinto, Mr. Pinto's an employee.  He brings this scheme to

11  Mr. Muller.  He gets it approved by the board.  He doesn't

12  initially participate in the kickbacks, but he does eventually.

11:57:11  13        So respective culpability of those two, where do you

14  see this defendant as opposed to Mr. Pinto?

11:57:19  15        **MR. BRADYLYONS:**  That's a difficult question,

16  Your Honor --

11:57:21  17        **THE COURT:**  I know.  That's why I'm asking you.

11:57:23  18        **MR. BRADYLYONS:**  We -- for the reasons you just

19  described, it's a bit of an apples and oranges comparison.

20  Mr. Muller was the president of this company, positioned to stop

21  this, but Mr. Pinto was at that first meeting.  He immediately

22  participated.  And I think for that reason, perhaps Mr. Pinto

23  would be a little above Mr. Muller.

11:57:47  24        **THE COURT:**  Okay.

11:57:47  25        **PROBATION OFFICER:**  Your Honor, I would just point out

1  the fine recommendation is based on the recommended sentence of

2  70 months.  So should you impose a lower sentence, we would

3  recommend the fine be lowered as well.  It's the cost of

4  incarceration.  The number of months by 3,280 is how we came up

5  with that amount --

11:58:14 6          **THE COURT:**  Oh, I see.

11:58:15 7          **THE PROBATION OFFICER:**  -- for your information.

11:58:17 8          **THE COURT:**  I see.  All right.

11:58:28 9          Thank you.

11:58:39 10          All right.  I think a custodial sentence is required

11  in this case, but I think I agree with the government that this

12  defendant is probably a little less culpable than Mr. Pinto,

13  even though he was the president of the company.  So it's

14  difficult to figure -- Mr. Pinto got 20 -- what did I give

15  Mr. Pinto, 24 months?

11:59:07 16          **MR. BRADYLYONS:**  Twenty-four months.

11:59:07 17          **THE COURT:**  All right.  Thank you.

11:59:10 18          All right.  Therefore, I'm going to grant the

19  government's 5K motion, obviously.  I'm going to go a little

20  lower.

11:59:14 21          Pursuant to the Sentencing Reform Act of 1984, it's

22  the judgment of the Court that the defendant is hereby committed

23  to the custody of the Bureau of Prisons to be imprisoned for a

24  term of 20 months as to Count 1S, and 20 months as to Count 2S,

25  to be served concurrently for a total of 20 months.

11:59:32 1    Upon release from imprisonment, the defendant shall be

2    placed on supervised release for a term of three years.  This

3    term consists of three years as to each of Counts 1S and 2S to

4    run concurrently for a total of three years.  Within 72 hours of

5    release from the custody of the Bureau of Prisons, the defendant

6    shall report in person to the probation office in the district

7    to which the defendant is released.

11:59:53 8    While on supervised release, the defendant shall not

9    commit another federal, state, or local crime, shall comply with

10    the standard conditions that have been adopted by this Court,

11    abide by any mandatory conditions required by law, and shall

12    comply with the following additional conditions:

12:00:07 13    You must immediately report, continue to report, or

14    surrender to U.S. Immigration and Customs Enforcement and follow

15    all of their instructions and reporting requirements until any

16    deportation proceedings are completed.  If you are ordered

17    deported from the United States, you must remain outside the

18    United States unless legally authorized to reenter.  If you

19    reenter the United States, you must report to the nearest

20    probation office within 72 hours after you return.

12:00:32 21    You must seek proper documentation from U.S.

22    Immigration and Customs Enforcement authorizing you to work in

23    the United States.  You must provide the probation officer with

24    access to any requested financial information and authorize the

25    release of that financial information.  The probation officer

1  may share that financial information with the U.S. Attorney's

2  Office.

12:00:52  3       You must not incur new credit card charges or open

4  additional lines of credit without the approval of the probation

5  officer.  You must not engage in an occupation, business

6  profession or volunteer activity that would require or enable

7  you to have access to bidding or sales account management

8  without the prior approval of the probation officer.

12:01:11  9       You must pay to the United States a special assessment

10  of $200.

12:01:13  11       What would the reduced fine rate be, Mr. Hopkins?

12:01:18  12       **THE PROBATION OFFICER:**  55,600.

12:01:21  13       **THE COURT:**  55,600 fine --

12:01:24  14       **PROBATION OFFICER:**  65,600.  Six, five.

12:01:24  15       **THE COURT:**  Six, five.  65,600?

12:01:27  16       **THE PROBATION OFFICER:**  Yes, Your Honor.

12:01:27  17       **THE COURT:**  Okay.  Thank you.

12:01:28  18       -- pay a fine of $65,600 to the United States.  Having

19  assessed the defendant's ability to pay, payment of the total

20  criminal monetary penalty shall be due as follows:  The

21  defendant shall begin payment immediately.  Any unpaid balance

22  will be due in payments of the greater of $25 per quarter or

23  50 percent of any wages earned while in prison in accordance

24  with the Bureau of Prisons Inmate Financial Responsibility

25  Program.

12:01:54  1          Any balance remaining after release from imprisonment

2   shall be paid in monthly installments of $200 per month to

3   commence 60 days after release from imprisonment to a term of

4   supervision.  All payments are to be made through the

5   United States District Clerk, Southern District of Texas.

12:02:10  6          So do we have a money judgment in this case which

7   should be incorporated into the judgment?

12:02:15  8          **MR. BRADLYLYONS:**  We do, Your Honor.

12:02:15  9          **THE COURT:**  All right.  I do need to advise Mr. Muller

10   of his rights to appeal.

12:02:19 11          Sir, you can generally appeal your conviction and your

12   sentence; however, you may give up some of those rights in a

13   plea agreement, which, in this case, you have entered into a

14   plea agreement which waives some or all of your rights to

15   appeal.  These waivers are generally enforceable; however, if

16   you believe the waiver's invalid, you can present that theory to

17   the Court of Appeals.

12:02:38 18          If you file an appeal in this case, it must be filed

19   within 14 days of entry of judgment.  If you cannot afford to

20   pay the costs on appeal, you can ask to proceed without paying

21   costs, and you have the right to have an attorney appointed to

22   represent you on appeal if you cannot afford an attorney.

12:02:54 23          Mr. Hopkins?

12:02:56 24          **THE PROBATION OFFICER:**  Yes, Your Honor.  If I

25   understood correctly, he's on electronic monitoring at this

1  point.

12:03:00  2          **MR. COLLINS:**  He is.

12:03:01  3          **THE PROBATION OFFICER:**  So we would ask he be allowed

4  to surrender that equipment 24 hours in advance of surrendering

5  to the Bureau of Prisons.

12:03:07  6          **THE COURT:**  Yes.  Yes.  No problem with that.

12:03:09  7          **MR. BRADYLYONS:**  No objection, Your Honor.

12:03:11  8          **THE COURT:**  Okay.  Yes.

12:03:11  9          You need to unseal the plea agreement?

12:03:13  10          **MR. BRADYLYONS:**  We do.  Thank you, Your Honor.

12:03:14  11          **THE COURT:**  All right.  Plea agreement is unsealed.

12:03:16  12          Do you have a placement request, Mr. Collins?

12:03:19  13          **MR. COLLINS:**  I do, Your Honor.  He's from the Florida

14  area.  His wife lives in Florida.  To the extent there's an

15  appropriate facility in Florida, that would be his first

16  request.

12:03:27  17          **THE COURT:**  All right.  I'll make that request to the

18  Bureau of Prisons.

12:03:29  19          **MR. COLLINS:**  And, Your Honor, I am not certain that

20  the original indictment has been dismissed in this case.  To the

21  extent that it hasn't been, I would like to make sure that that

22  got --

12:03:38  23          **MS. EDWARDS:**  The information, I believe, was a

24  superseding information.  That should have taken care of that.

12:03:43  25          **THE COURT:**  All right.  If it has not been, it will

1   be.  So, yeah.

12:03:47  2          **MR. COLLINS:**  Very good.

12:03:48  3          **THE COURT:**  All right.  Anything else from the

4   government?

12:03:50  5          **MR. BRADYLYONS:**  No, Your Honor.

12:03:51  6          **THE COURT:**  Mr. Collins?

12:03:52  7          **MR. COLLINS:**  No, Your Honor.

12:03:52  8          **THE COURT:**  All right.  Good luck to you, Mr. Muller.

12:04:01  9          All right.  So everybody needs to sign their

10   agreements to self surrender, and then we'll be done.  Thank you

11   all very much.

12:04:08 12      *(Proceedings concluded at 12:04 p.m.)*

13                          -o0o-

14          I certify that the foregoing is a correct transcript

15   from the record of proceedings in the above matter.

16

17   Date:  June 21, 2021

18                          */s/ Heather Alcaraz*
                            Signature of Court Reporter

19

20

21

22

23

24

25

MR. BRADYLYONS: [21]
6/13 6/16 6/22 9/16 10/14
10/17 18/12 23/13 24/1
24/12 24/18 26/19 27/17
31/24 32/14 32/17 33/15
36/7 37/6 37/9 38/4
MR. COLLINS: [12] 4/18
24/11 24/24 25/2 25/20
27/20 31/20 37/1 37/12
37/18 38/1 38/6
MR. FRIEDMAN: [14]
4/12 6/7 7/7 7/10 7/13 7/21
11/2 21/23 22/3 22/5 22/10
22/16 23/16 24/7
MS. EDWARDS: [4] 4/5
21/18 24/3 37/22
PROBATION OFFICER:
[2] 32/24 35/13
THE CASE MANAGER:
[1] 23/23
THE COURT: [59]
THE DEFENDANT: [6]
15/20 15/23 16/6 17/9 25/18
31/13
THE INTERPRETER: [2]
16/4 17/7
THE PROBATION
OFFICER: [5] 33/6 35/11
35/15 36/23 37/2
THE REPORTER: [4]
7/12 7/20 16/3 17/6

## $

$100 [1] 21/13
$12,500 [2] 21/3 27/12
$200 [5] 10/12 21/4 27/13
35/10 36/2
$25 [2] 21/8 35/22
$25 per [1] 35/22
$533,000 [1] 14/19
$6,941,561.26 [2] 10/12
27/13
$65,600 [1] 35/18

$70 [1] 12/13
$70 million [1] 12/13
$9 [2] 13/16 13/22
$9 million [2] 13/16 13/22
$985,000 [1] 11/23

## -

-o0o [1] 38/13

## /

/s [1] 38/18

## 1

1 percent [1] 13/6
1,300 [1] 17/4
1000 [1] 1/17
101 [1] 1/20
10:04 [1] 1/6
10:38 [1] 25/5
110 [1] 1/20
111 [1] 1/24
11:35 [1] 25/8
12,000 [1] 10/11
12:04 [1] 38/12
12th [1] 1/14
135 [1] 6/6
14 [2] 23/8 36/19
1400 [1] 1/14
15 [2] 16/24 16/24
17-394 [1] 3/7
18 [1] 13/23
18-611 [1] 3/15
18-month [2] 13/15 14/22
19-135 [1] 6/6
19-135-1 [1] 3/16
19-135-2 [2] 3/18 24/11
1984 [3] 5/10 19/11 33/21
1S [4] 19/14 19/18 33/24
34/3

## 2

20 [4] 33/14 33/24 33/24
33/25
20 percent [3] 10/24 13/19
29/16

2005 [1] 1/9
202 [1] 1/15
2021 [2] 1/9 38/17
21 [1] 38/17
2300 [2] 1/17 1/24
24 [7] 19/14 19/14 19/15
22/1 22/10 33/15 37/4
250-5584 [1] 2/6
262-7809 [1] 1/15
27 [2] 10/8 27/8
2820 [1] 1/21
2C1.1 [1] 28/10
2S [4] 19/14 19/18 33/24
34/3

## 3

3 percent [15] 7/18 7/19 8/2
8/7 9/3 9/4 9/9 25/14 25/24
26/3 26/4 26/8 26/12 26/17
26/23
3,280 [1] 33/4
32 [3] 8/14 18/18 26/17
33 percent [1] 13/20
33301 [1] 1/21
3553 [3] 5/7 19/10 28/2
3640 [1] 1/25
394 [1] 3/7
3rd [1] 1/20

## 4

494-3640 [1] 1/25
4:19-CR-135-1 [1] 1/5
4:19-CR-135-2 [1] 1/5

## 5

50 percent [2] 21/9 35/23
500 [1] 10/12
512 [1] 1/25
515 [1] 2/5
55,600 [2] 35/12 35/13
5584 [1] 2/6
56 [2] 10/14 27/16
567-9706 [1] 1/18
5K [5] 10/13 10/18 19/3
27/14 33/19

**6**

**60 [3]** 12/13 21/14 36/3
**611 [1]** 3/15
**65,600 [2]** 35/14 35/15

**7**

**70 [4]** 10/10 27/11 27/25 33/2
**70-year-old [1]** 30/4
**713 [2]** 1/18 2/6
**713-2820 [1]** 1/21
**72 [4]** 19/19 20/9 34/4 34/20
**77002 [2]** 1/17 2/5
**7809 [1]** 1/15
**78701 [1]** 1/25

**8**

**80 [1]** 17/25
**8004 [1]** 2/5
**84 [1]** 17/25
**87 [2]** 10/10 27/11

**9**

**954 [1]** 1/21
**9706 [1]** 1/18

**A**

**A.M [1]** 1/6
**abide [2]** 20/1 34/11
**ability [2]** 21/5 35/19
**able [4]** 15/2 15/3 20/25 29/23
**above [2]** 32/23 38/15
**abuse [1]** 20/23
**accept [3]** 31/2 31/15 31/18
**accepted [2]** 17/16 26/14
**access [4]** 20/14 20/21 34/24 35/7
**accompanied [1]** 15/25
**accordance [2]** 21/10 35/23
**account [6]** 7/5 12/5 12/8 19/10 20/21 35/7
**accounts [2]** 17/1 17/2
**accused [1]** 16/6
**achieve [1]** 5/9

**Act [3]** 5/10 6/9 33/2
**action [2]** 1/4 9/22
**activity [2]** 20/20 35/6
**actually [1]** 25/15
**additional [9]** 10/23 18/17 20/18 29/19 29/19 29/23 29/24 34/12 35/4
**address [1]** 15/16
**adopt [2]** 10/7 27/7
**adopted [2]** 19/25 34/10
**advance [1]** 37/4
**advise [2]** 22/24 36/9
**advisory [2]** 5/2 27/10
**affect [1]** 16/16
**affects [1]** 7/6
**afford [4]** 23/8 23/11 36/19 36/22
**after [8]** 16/6 17/17 20/10 21/12 21/14 34/20 36/1 36/3
**again [5]** 4/23 6/16 25/9 26/25 26/25
**against [1]** 29/17
**age [2]** 30/14 30/23
**agents [1]** 16/19
**aging [1]** 7/20
**ago [2]** 16/16 32/1
**agree [2]** 27/4 33/11
**agreed [2]** 7/18 8/10
**agreement [9]** 3/13 23/2 23/2 23/15 23/18 36/13 36/14 37/9 37/11
**agreements [1]** 38/10
**Ah [1]** 4/20
**Alcaraz [2]** 2/4 38/18
**Alexis [1]** 3/16
**alien [1]** 14/3
**alleging [1]** 7/2
**allow [1]** 18/5
**allowed [3]** 8/5 10/21 37/3
**along [1]** 17/23
**already [5]** 21/21 22/8 24/6 29/9 32/8
**although [2]** 8/13 31/5
**always [6]** 17/5 17/5 17/6

**AMERICA [8]** 1/4 3/7 3/15 3/17 3/18 6/7 24/11 31/18
**among [1]** 25/5
**amount [3]** 13/7 29/4 33/5
**amounts [3]** 9/10 18/19 26/17
**ankle [1]** 30/17
**another [4]** 8/23 17/15 19/24 34/9
**anybody [1]** 4/17
**anything [8]** 9/8 10/16 18/11 23/13 23/23 24/23 31/12 38/3
**anywhere [1]** 14/1
**apart [1]** 29/21
**apologize [5]** 15/22 16/15 16/20 31/16 31/17
**appeal [11]** 22/25 23/4 23/7 23/9 23/11 36/10 36/11 36/15 36/18 36/20 36/22
**Appeals [2]** 23/7 36/17
**appearance [1]** 3/23
**appearances [3]** 1/10 2/1 3/22
**appellate [1]** 22/24
**apples [1]** 32/19
**application [1]** 9/18
**apply [1]** 5/11
**appointed [2]** 23/11 36/21
**appreciative [1]** 29/18
**approached [1]** 10/20
**appropriate [3]** 5/8 5/15 37/15
**approval [5]** 20/18 20/22 26/9 35/4 35/8
**approved [1]** 32/11
**approximately [1]** 11/23
**area [1]** 37/14
**argued [1]** 28/15
**arguing [1]** 29/17
**arguments [1]** 32/8
**arrangement [2]** 26/21 32/2
**articulating [1]** 13/14

## A

ashamed [1] 16/18
ask [15] 8/13 9/13 11/7 11/8 14/7 18/3 18/4 21/20 23/9 28/1 30/8 30/11 30/13 36/20 37/3
asked [1] 30/9
asking [5] 13/24 14/16 14/21 27/15 32/17
assessed [2] 21/5 35/19
assessment [4] 10/12 21/4 27/13 35/9
assistance [6] 6/10 10/20 10/24 11/4 18/24 29/14
Attachment [1] 28/7
attachments [1] 30/4
attempt [2] 15/7 21/1
attorney [6] 1/16 1/20 23/10 23/12 36/21 36/22
Attorney's [2] 20/16 35/1
attorneys [2] 3/11 3/21
audience [1] 31/22
Austin [1] 1/25
authorization [1] 17/12
authorize [3] 20/14 26/21 34/24
authorized [3] 20/8 26/12 34/18
authorizing [2] 20/12 34/22
Avenue [3] 1/14 1/20 1/24
award [1] 7/23
aware [3] 17/11 29/13 30/1
away [1] 15/13
AYALA [1] 2/2

## B

back [5] 12/17 12/23 14/6 15/1 26/4
background [1] 14/5
bad [1] 12/16
balance [4] 21/8 21/12 35/21 36/1
balances [1] 8/18
based [2] 24/25 33/1

basically [4] 7/25 12/9 12/11 13/21
basis [1] 26/23
beautiful [1] 17/23
became [1] 14/13
becoming [1] 12/8
been [18] 5/24 8/6 8/7 11/25 15/2 15/3 18/14 18/22 18/24 21/21 30/16 30/18 30/18 31/3 34/10 37/20 37/21 37/25
before [8] 1/9 12/1 16/17 16/17 16/18 23/20 23/20 29/13
begin [3] 3/24 21/7 35/21
beginning [1] 8/3
behalf [3] 6/9 6/15 24/13
being [8] 15/10 16/6 17/11 18/5 18/5 18/22 25/6 30/21
believe [12] 4/7 9/17 10/23 11/22 13/6 14/9 19/2 22/19 23/6 24/5 36/16 37/23
believes [1] 5/19
benefit [6] 11/21 13/6 13/9 13/16 13/22 14/19
benefited [3] 11/18 11/22 13/17
benefits [2] 15/11 17/21
best [1] 26/11
Beyond [1] 28/15
bidding [2] 20/21 35/7
big [3] 11/20 14/14 17/20
bit [5] 14/20 25/9 30/10 31/6 32/19
board [2] 26/9 32/11
Booker [3] 4/5 5/1 5/3
boss [1] 12/19
Bracewell [1] 1/23
BRADLYONS [7] 1/12 6/15 6/17 6/18 21/25 24/13 25/9
bribe [8] 8/21 8/22 8/25 9/19 9/19 10/4 26/24 27/2
bribery [4] 7/2 9/21 10/1

bribes [7] 9/24 11/15 18/18 24/22 28/21 28/21 28/22
briefly [4] 4/25 18/13 28/3 31/25
brings [1] 32/10
broader [1] 31/8
brothers [1] 16/11
brought [2] 12/17 12/20
built [1] 17/9
bunch [1] 15/14
burden [1] 30/21
burdensome [1] 30/20
Bureau [10] 19/13 19/20 21/11 22/12 22/21 33/23 34/5 35/24 37/5 37/18
business [3] 9/6 20/19 35/5

## C

calculated [2] 5/17 9/18
call [3] 3/6 3/14 3/15
calls [1] 18/19
Camacho [6] 3/8 3/14 6/3 7/17 12/17 25/6
Camacho's [1] 13/14
came [4] 13/23 16/5 25/23 33/4
Camilla [1] 16/8
camp [2] 22/14 22/18
can't [2] 7/21 14/15
cannot [4] 23/8 23/11 36/19 36/22
card [2] 20/17 35/3
care [2] 30/25 37/24
career [1] 17/9
cares [1] 30/25
case [33] 3/7 3/14 3/15 3/16 3/18 4/5 5/1 6/6 6/21 9/23 10/14 12/2 14/24 19/3 19/6 19/8 21/18 23/3 24/10 24/17 26/5 27/15 27/22 28/3 28/14 28/16 28/20 29/3 33/11 36/6 36/13 36/18 37/20
cases [10] 4/3 5/8 8/19 8/20 14/12 19/8 25/4 28/9 28/11

**cases...** [1] 29/24
**catch** [1] 4/15
**category** [3] 5/13 10/9 27/9
**Caterpillar** [2] 7/25 8/9
**Catholic** [1] 16/22
**centers** [1] 30/7
**certain** [1] 37/19
**certainly** [5] 19/9 26/1 26/5 30/6 30/22
**certify** [1] 38/14
**chain** [1] 12/20
**change** [1] 26/3
**changing** [1] 26/4
**characterized** [1] 7/15
**charges** [2] 20/17 35/3
**chart** [5] 13/10 13/11 13/12 14/18 28/20
**checked** [1] 8/16
**chief** [1] 26/8
**children** [1] 14/7
**circumstances** [1] 14/24
**cited** [1] 8/20
**clear** [2] 17/18 22/6
**clearly** [2] 8/20 12/4
**clerical** [1] 12/7
**Clerk** [2] 21/16 36/5
**client** [6] 14/15 15/2 15/16 23/19 25/18 26/5
**client's** [1] 15/12
**climbed** [1] 17/1
**close** [1] 22/13
**coconspirator** [1] 10/23
**coconspirators** [1] 12/1
**COLLINS** [5] 1/23 24/12 27/19 37/12 38/6
**come** [8] 3/11 3/21 15/20 16/8 28/13 29/9 30/11 31/13
**comes** [1] 25/11
**coming** [1] 13/4
**commence** [2] 21/13 36/3
**comments** [1] 5/18
**commit** [2] 19/24 34/9
**committed** [2] 19/12 33/22

**common** [2] 11/15 13/19
**company** [12] 8/15 12/4 13/3 17/4 17/9 17/10 17/11 17/20 26/9 26/22 32/20 33/13
**comparison** [1] 32/19
**completed** [2] 20/6 34/16
**compliance** [1] 30/18
**comply** [3] 19/24 34/9 34/12
**computer** [1] 2/9
**conceived** [1] 18/16
**concern** [2] 9/5 11/20
**concerned** [3] 27/20 27/25 30/9
**concerns** [1] 5/5
**concluded** [1] 38/12
**concur** [1] 11/3
**concurrently** [5] 19/19 22/3 22/5 33/25 34/4
**condition** [2] 7/5 24/5
**conditions** [6] 19/25 20/1 20/2 34/10 34/11 34/12
**conduct** [3] 10/21 18/25 32/5
**confinement** [1] 30/15
**Congress** [2] 1/24 1/24
**congressionally** [1] 5/9
**connection** [1] 5/23
**consecutive** [1] 30/9
**consecutively** [2] 19/15 22/1
**consider** [6] 5/3 14/9 14/17 29/5 30/13 30/15
**considerable** [1] 5/16
**considered** [1] 5/25
**consists** [2] 19/18 34/3
**conspirators** [1] 32/3
**constitute** [1] 9/20
**constrain** [1] 5/20
**construed** [1] 5/19
**context** [6] 26/13 28/2 28/12 28/21 28/24 29/11
**continue** [2] 9/9 34/13

**CONTINUED** [1]
**contract** [4] 8/21 8/22 8/23 8/24
**conviction** [3] 19/7 23/1 36/11
**cooperate** [1] 13/18
**cooperated** [1] 14/21
**cooperation** [2] 19/9 29/11
**cooperator** [1] 18/23
**corporation** [2] 12/11 12/21
**correct** [10] 6/23 7/8 10/15 12/13 18/4 22/9 24/19 27/17 27/18 38/14
**correctly** [2] 9/18 36/25
**corruption** [2] 17/14 18/18
**cost** [1] 33/3
**costs** [5] 20/25 23/9 23/10 36/20 36/21
**could** [6] 3/9 3/10 3/11 3/12 22/12 30/23
**count** [6] 19/14 19/14 22/1 24/5 33/24 33/24
**country** [2] 30/6 31/18
**counts** [5] 19/7 19/18 23/24 23/25 34/3
**County** [1] 22/15
**couple** [1] 7/19
**course** [5] 5/18 9/24 18/17 22/20 26/25
**court** [54]
**Court's** [8] 4/4 4/25 5/20 9/2 15/6 15/9 29/13 31/2
**courtroom** [1] 3/20
**COVID** [2] 28/1 29/20
**CR** [2] 1/5 1/5
**create** [1] 26/12
**created** [1] 25/13
**credit** [4] 20/17 20/18 35/3 35/4
**crime** [2] 19/24 34/9
**criminal** [12] 1/4 3/7 3/15 3/16 3/18 5/13 6/6 10/9 21/6 24/10 27/9 35/20
**crisis** [1] 17/14

**C**

**CSR [1]** 2/4
**culpability [2]** 11/17 32/13
**culpable [1]** 33/12
**currently [1]** 30/6
**custodial [2]** 19/2 33/10
**custody [4]** 19/13 19/20
33/23 34/5
**Customs [4]** 20/4 20/12
34/14 34/22
**cut [1]** 32/2

**D**

**dad [1]** 17/25
**Dade [1]** 22/14
**Date [1]** 38/17
**daughter [1]** 31/21
**daughters [1]** 16/8
**day [4]** 14/2 14/9 14/13
14/14
**days [4]** 21/14 23/8 36/3
36/19
**DC [1]** 1/14
**deal [3]** 12/19 25/7 25/12
**debrief [1]** 29/23
**decides [1]** 22/21
**defendant [22]** 1/19 1/22
7/1 19/12 19/16 19/20 19/22
19/23 21/3 21/7 28/16 29/16
29/18 31/11 32/14 33/12
33/22 34/1 34/5 34/7 34/8
35/21
**defendant's [2]** 21/5 35/19
**defendants [14]** 3/10 3/20
3/25 4/4 4/7 4/12 4/17 23/22
25/5 28/16 28/17 29/1 29/9
30/11
**define [1]** 25/12
**delivered [1]** 12/25
**Department [1]** 1/13
**departure [2]** 28/6 28/13
**deportation [2]** 20/5 34/16
**deported [2]** 20/6 34/17
**described [2]** 18/14 32/19

describing [1] 4/25
**detail [1]** 13/11
**detect [1]** 18/18
**detention [2]** 30/4 30/7
**determinations [1]** 6/2
**determine [3]** 5/12 5/14
20/24
**determining [1]** 5/24
**deterrence [1]** 18/20
**didn't [4]** 6/21 9/8 26/3
29/24
**different [7]** 8/14 11/25
19/6 25/4 25/4 27/22 28/17
**difficult [3]** 18/18 32/15
33/14
**directives [1]** 5/11
**director [1]** 12/3
**directors [1]** 26/10
**disappeared [1]** 6/13
**discretion [3]** 5/7 5/14 5/21
**discuss [1]** 26/22
**discussed [2]** 28/8 32/1
**disease [2]** 30/5 30/23
**dismiss [1]** 23/25
**dismissed [1]** 37/20
**dispositive [1]** 29/4
**distancing [1]** 3/3
**district [9]** 1/1 1/1 19/21
21/16 21/16 22/13 34/6 36/5
36/5
**districts [1]** 14/12
**DIVISION [1]** 1/2
**docket [1]** 3/6
**documentation [2]** 20/11
34/21
**does [4]** 23/3 25/12 25/18
32/12
**doesn't [2]** 29/7 32/11
**doing [2]** 5/16 17/19
**dollar [2]** 18/19 29/4
**dollars [2]** 13/5 26/2
**done [3]** 17/11 23/21 38/10
**DOW [1]** 1/23
**down [4]** 11/12 19/4 27/15

28/1
**downward [2]** 11/8 28/9
**Draw [1]** 6/17
**DREW [3]** 1/12 6/15 24/13
**due [8]** 8/11 9/11 13/5 15/24
21/6 21/8 35/20 35/22
**dwindled [1]** 13/8

**E**

**e.g [1]** 9/21
**each [11]** 4/2 4/4 4/24 5/8
19/8 19/18 21/25 22/1 26/23
26/24 34/3
**earned [2]** 21/9 35/23
**easier [1]** 4/16
**easily [1]** 29/8
**economic [2]** 17/13 17/20
**EDWARDS [3]** 1/12 6/13
25/6
**electronic [1]** 36/25
**else [5]** 4/17 18/11 23/13
23/23 38/3
**emotional [1]** 17/24
**employee [4]** 12/2 12/4
17/19 32/10
**employees [1]** 17/4
**enable [2]** 20/20 35/6
**encourage [1]** 25/25
**end [5]** 7/23 8/8 9/6 18/2
30/24
**endeavor [1]** 5/11
**ended [1]** 12/9
**endorsed [1]** 12/22
**enforceable [2]** 23/5 36/15
**enforcement [5]** 10/19 20/4
20/12 34/14 34/22
**engage [2]** 20/19 35/5
**English [2]** 31/14 31/17
**enhanced [1]** 30/22
**enhancement [5]** 9/14 10/4
25/12 26/15 27/2
**enough [1]** 28/12
**entered [2]** 23/3 36/13
**entirety [1]** 5/12
**entry [2]** 23/8 36/19

## E

**equipment [4]** 7/24 8/9 8/9 37/4
**especially [1]** 16/11
**essence [2]** 8/15 9/20
**etched [1]** 8/3
**evaluating [1]** 25/11
**even [4]** 9/7 11/16 27/3 33/13
**eventually [2]** 12/8 32/12
**ever [3]** 9/5 9/5 18/6
**every [1]** 15/7
**everybody [2]** 3/9 38/9
**everybody's [3]** 3/3 3/13 3/22
**everyday [1]** 17/14
**everyone [3]** 3/2 3/2 24/16
**everything [1]** 17/11
**evidence [2]** 5/23 6/1
**evil [1]** 17/16
**exactly [3]** 14/15 18/19 22/21
**exchange [1]** 7/19
**executive [1]** 17/4
**exercise [2]** 5/6 5/14
**experience [1]** 14/16
**expert [1]** 14/11
**extent [3]** 29/25 37/14 37/21
**extortion [1]** 9/21

## F

**facilities [1]** 30/5
**facility [2]** 22/21 37/15
**fact [5]** 13/15 16/5 17/14 23/3 31/4
**factors [4]** 5/7 19/10 28/2 30/14
**facts [2]** 16/6 28/12
**factual [3]** 5/22 6/1 9/1
**factually [1]** 7/16
**faithfully [1]** 5/11
**fallen [1]** 29/21
**falls [1]** 27/1

**familiar [1]** 9/2
**family [10]** 3/3 14/7 15/14 16/1 16/13 16/15 16/23 17/23 31/8 31/19
**family's [1]** 18/6
**far [1]** 27/20
**fashion [1]** 5/8
**FCPA [1]** 26/13
**FCRR [1]** 2/4
**federal [4]** 19/24 30/4 30/7 34/9
**feel [1]** 14/22
**feeling [1]** 16/18
**feet [1]** 22/8
**fell [1]** 29/21
**felt [1]** 30/10
**fictitious [1]** 8/15
**Fifteen [1]** 16/25
**figure [2]** 29/15 33/14
**figured [1]** 25/23
**file [3]** 6/21 23/7 36/18
**filed [5]** 10/13 23/7 27/14 27/21 36/18
**final [1]** 21/18
**finally [2]** 24/10 30/3
**financial [10]** 7/5 20/14 20/15 20/16 21/10 26/8 34/24 34/25 35/1 35/24
**financially [1]** 20/25
**find [2]** 10/8 27/8
**finding [2]** 5/22 28/12
**fine [10]** 10/11 21/3 23/19 24/7 27/12 33/1 33/3 35/11 35/13 35/18
**finished [1]** 15/5
**first [9]** 3/6 3/14 7/7 11/6 13/24 19/7 19/8 32/21 37/15
**five [5]** 15/18 16/11 16/11 35/14 35/15
**Floor [1]** 1/14
**Florida [7]** 1/21 22/14 22/19 30/19 37/13 37/14 37/15
**folks [1]** 11/25

**follow [2]** 20/1 34/14
**following [2]** 20/2 34/12
**follows [2]** 21/7 35/20
**foregoing [1]** 38/14
**forever [1]** 16/2
**forfeiture [2]** 21/18 29/3
**form [1]** 23/20
**formal [1]** 3/23
**formed [1]** 16/22
**forms [1]** 23/22
**Fort [1]** 1/21
**forth [1]** 5/10
**forward [3]** 15/20 26/23 31/13
**four [4]** 9/25 18/17 23/21 33/16
**four-year [1]** 9/25
**FRANCESCHI [4]** 1/6 1/19 3/17 6/7
**Francisco [1]** 16/12
**FRANZ [3]** 1/6 3/18 24/11
**Fraud [1]** 1/13
**FRIEDMAN [5]** 1/19 6/9 6/11 11/2 25/8
**friends [1]** 14/7
**full [1]** 16/21
**funds [1]** 15/1
**further [2]** 9/8 21/2
**furthered [1]** 10/21

## G

**gain [1]** 28/25
**gauge [1]** 29/15
**gave [1]** 17/12
**general [2]** 16/13 18/20
**generally [6]** 5/25 22/25 23/5 32/7 36/11 36/15
**gets [1]** 32/11
**getting [6]** 8/11 8/17 8/17 12/10 12/15 30/5
**Giovanna [2]** 16/2 16/12
**give [7]** 5/16 16/9 23/1 28/11 28/23 33/14 36/12
**given [2]** 16/3 30/23
**God [3]** 15/25 16/7 17/22

**G**

**going [25]** 3/5 3/6 3/15 4/8 4/23 9/9 10/5 10/6 10/7 11/8 12/6 13/3 14/8 15/6 19/3 19/4 26/23 27/5 28/3 28/9 29/22 30/4 31/2 33/18 33/19
**going-forward [1]** 26/23
**gone [1]** 28/11
**good [12]** 3/2 3/4 4/10 6/8 6/11 6/14 6/18 15/4 24/9 24/15 38/2 38/8
**got [17]** 3/3 3/22 9/4 13/8 13/19 13/19 14/13 14/21 22/9 25/15 26/4 26/9 29/6 30/24 30/25 33/14 37/22
**gotten [1]** 29/1
**government [20]** 6/21 6/25 8/19 10/13 11/4 12/13 17/1 17/2 17/15 19/5 23/13 23/14 24/18 27/4 27/14 29/13 30/9 31/18 33/11 38/4
**government's [10]** 7/22 9/15 10/22 13/11 13/14 19/3 26/19 27/1 29/17 33/19
**grace [1]** 31/3
**grandchildren [1]** 30/25
**grant [3]** 18/4 19/3 33/18
**GRAY [1]** 1/9
**great [2]** 17/8 17/20
**greater [3]** 14/23 21/8 35/22
**GREGORIO [1]** 2/2
**Guedez [4]** 3/16 7/17 12/17 25/7
**guess [2]** 3/2 24/15
**guideline [2]** 5/3 11/9
**guidelines [9]** 5/2 5/12 5/13 5/17 5/20 6/2 7/6 9/17 27/11
**guilty [1]** 10/22
**guy [1]** 14/13

**H**

**handed [1]** 11/12
**handle [1]** 4/16

**happened [4]** 9/7 14/15 16/15 29/20
**happiness [1]** 16/21
**hasn't [1]** 37/21
**have [46]**
**having [3]** 17/23 21/5 35/18
**he [56]**
**he'll [2]** 15/7 15/13
**he's [21]** 6/9 14/3 14/3 14/6 15/3 15/16 18/23 18/24 26/14 29/6 29/8 30/17 30/18 30/18 30/24 30/24 30/25 31/3 31/4 36/25 37/13
**headphones [3]** 4/8 4/22 25/18
**healthy [1]** 16/21
**hear [1]** 7/21
**heard [8]** 6/5 7/16 13/13 25/1 25/3 27/23 28/15 28/18
**hearing [4]** 4/2 4/24 16/1 25/8
**hearings [1]** 27/24
**heart [1]** 31/4
**heartland [2]** 10/3 27/2
**Heather [2]** 2/4 38/18
**held [3]** 4/5 5/1 11/17
**help [1]** 29/15
**helpful [1]** 18/24
**her [1]** 16/2
**here [12]** 3/9 3/22 3/22 9/1 9/23 11/10 14/2 14/3 14/6 15/25 16/12 31/19
**hereby [2]** 19/12 33/22
**hero [1]** 17/5
**hierarchy [1]** 12/20
**high [1]** 28/13
**him [10]** 12/9 13/4 15/6 15/18 22/20 26/9 26/12 30/25 31/5 31/7
**himself [1]** 15/14
**hindsight [1]** 12/15
**his [28]** 11/4 12/5 12/19 13/3 13/15 14/4 14/6 14/19

15/3 15/5 15/13 18/8 18/25 22/8 22/24 25/18 26/9 30/14 30/19 30/23 30/24 30/24 31/4 31/6 31/21 32/3 36/10 37/14 37/15
**history [4]** 5/13 10/9 14/5 27/9
**home [3]** 16/21 30/15 30/17
**Homestead [1]** 22/19
**honest [1]** 18/9
**honesty [1]** 18/8
**Honor [37]** 4/6 4/19 6/8 6/15 6/23 8/12 9/18 9/23 10/15 10/18 15/22 15/24 16/18 16/18 18/2 18/3 18/13 21/19 23/15 24/2 24/19 24/25 27/21 31/9 31/22 31/25 32/16 32/25 35/16 36/8 36/24 37/7 37/10 37/13 37/19 38/5 38/7
**HONORABLE [1]** 1/9
**Hopkins [2]** 35/11 36/23
**hours [5]** 19/19 20/9 34/4 34/20 37/4
**HOUSTON [3]** 1/2 1/17 2/5
**however [6]** 15/3 23/1 23/5 26/21 36/12 36/15
**HUBER [5]** 1/6 1/22 3/19 24/11 24/12
**humbled [1]** 31/3
**humility [1]** 31/3

**I**

**I'd [2]** 8/1 29/12
**I'll [3]** 22/20 22/22 37/17
**I'm [31]** 3/5 3/6 3/14 4/6 4/15 4/23 7/13 7/21 10/5 10/6 10/7 11/21 12/13 14/11 14/12 14/16 15/21 16/4 16/6 17/7 17/22 17/24 19/4 22/5 22/9 27/5 29/17 29/22 32/17 33/18 33/19
**I've [5]** 3/22 7/5 14/11 24/17 27/23
**idea [1]** 28/4

# I

**illegal [1]** 26/14
**imagine [1]** 15/6
**immediately [6]** 10/19 20/3 21/7 32/21 34/13 35/21
**immigration [6]** 14/10 14/11 20/3 20/12 34/14 34/22
**implications [1]** 14/10
**important [1]** 19/9
**impose [2]** 14/8 33/2
**imposing [2]** 21/24 29/13
**imprisoned [3]** 19/13 22/18 33/23
**imprisonment [10]** 10/10 13/23 14/8 19/16 21/12 21/14 27/10 34/1 36/1 36/3
**inaudible [2]** 7/12 7/20
**incarceration [3]** 14/17 15/6 33/4
**incident [1]** 9/21
**incidents [1]** 7/2
**incorporated [3]** 21/20 21/22 36/7
**incur [2]** 20/17 35/3
**indicated [1]** 11/4
**indication [1]** 5/19
**indictment [2]** 24/6 37/20
**indiscernible [2]** 16/3 17/6
**individual [3]** 3/12 4/3 29/1
**individuals [1]** 11/18
**information [11]** 20/14 20/15 20/16 24/5 29/19 33/7 34/24 34/25 35/1 37/23 37/24
**initial [2]** 18/15 32/1
**initially [2]** 32/2 32/12
**Inmate [2]** 21/10 35/24
**installment [1]** 9/22
**installments [2]** 21/13 36/2
**instance [2]** 13/13 14/18
**instances [1]** 9/25
**instructions [2]** 20/4 34/15
**intentions [1]** 15/4

**interpretation [1]** 4/7
**interpreted [1]** 4/9
**interpreter [5]** 2/2 4/12 4/18 6/10 31/16
**interpreters [1]** 4/1
**interpreting [1]** 4/1
**interrupt [1]** 4/6
**invalid [2]** 23/6 36/16
**investigation [2]** 7/23 10/22
**invoice [2]** 26/24 26/24
**invoices [16]** 7/20 8/4 8/6 8/11 9/4 9/10 10/2 12/12 12/14 12/24 13/5 25/24 26/2 26/11 26/12 26/17
**involved [1]** 13/8
**involves [1]** 18/19
**issue [2]** 14/14 30/19
**issues [2]** 27/22 27/23
**iterative [1]** 26/24
**its [2]** 5/6 5/14
**Ivan [1]** 3/16

# J

**job [3]** 16/25 17/19 17/23
**jobs [1]** 17/6
**JOHNSON [1]** 1/16
**JONATHAN [3]** 1/19 6/9 16/14
**Jose [1]** 3/7
**judge [13]** 4/13 7/11 8/1 9/13 11/5 11/11 14/24 15/10 15/15 21/24 22/11 24/8 31/17
**judges [1]** 5/2
**judgment [10]** 12/16 19/12 21/19 21/20 21/22 23/8 33/22 36/6 36/7 36/19
**judgment's [1]** 21/21
**judgments [1]** 15/2
**June [1]** 38/17
**just [14]** 3/21 4/15 7/15 14/18 15/3 17/19 18/13 22/6 25/9 25/20 31/13 31/25 32/18 32/25
**Justice [1]** 1/13

# K

**keep [1]** 10/6
**KEVIN [2]** 1/23 24/12
**kickback [1]** 32/2
**kickbacks [1]** 32/12
**kids [1]** 31/6
**kind [1]** 22/21
**know [20]** 4/4 8/21 9/11 12/11 13/2 13/12 13/15 13/20 14/25 16/2 18/13 22/14 22/22 29/8 30/14 30/17 31/4 31/7 32/7 32/17
**knows [1]** 31/4

# L

**large [1]** 18/19
**later [4]** 16/25 17/17 17/22 25/9
**Lauderdale [1]** 1/21
**law [6]** 1/20 10/19 16/12 18/21 20/2 34/11
**lawfully [1]** 14/3
**lawyer [1]** 16/14
**lawyers [1]** 25/4
**least [1]** 13/3
**leave [1]** 23/20
**leaves [1]** 23/20
**legally [2]** 20/7 34/18
**legitimate [1]** 9/11
**less [3]** 14/14 32/3 33/12
**let [3]** 3/14 16/2 23/20
**let's [4]** 3/24 6/21 7/4 21/17
**letting [2]** 4/3 15/25
**level [5]** 5/13 10/8 10/24 16/25 27/8
**life [7]** 16/6 16/9 16/9 17/14 18/8 30/24 30/24
**light [2]** 5/4 8/12
**like [22]** 7/9 13/11 15/4 15/16 15/21 16/11 16/7 16/10 16/10 16/14 16/15 16/17 16/19 16/20 18/2 18/3 18/11 28/15 29/12 31/11 31/12 37/21

**L**

**likely [1]** 10/22
**lines [2]** 20/18 35/4
**liquidate [1]** 29/7
**list [1]** 28/22
**listed [1]** 3/6
**little [10]** 11/25 13/11 15/21 19/4 25/9 30/10 31/6 32/23 33/12 33/19
**live [2]** 18/8 31/8
**lives [2]** 16/16 37/14
**living [2]** 12/7 18/1
**LLP [1]** 1/23
**local [2]** 19/24 34/9
**long [3]** 17/17 17/17 17/17
**look [13]** 7/16 8/1 8/2 13/9 13/9 13/12 15/11 25/13 26/1 26/16 28/2 28/5 28/20
**looked [6]** 8/19 11/11 11/12 11/14 21/25 31/7
**looking [3]** 8/12 11/21 14/18
**looks [1]** 8/2
**Lord [1]** 18/3
**lost [1]** 31/6
**lot [2]** 13/10 28/25
**Louisiana [1]** 1/17
**low [1]** 16/25
**low-level [1]** 16/25
**lower [3]** 19/4 33/2 33/20
**lowered [1]** 33/3
**lowest [1]** 29/4
**luck [2]** 24/9 38/8

**M**

**machinery [1]** 12/14
**made [11]** 8/7 8/21 8/22 21/15 25/9 26/10 29/9 31/15 32/3 32/8 36/4
**maj [1]** 14/13
**make [15]** 3/23 15/7 16/9 16/9 22/17 22/20 22/22 25/20 28/5 28/12 29/12 30/1 31/11 37/17 37/21

**makes [1]** 11/24
**making [1]** 6/1
**management [2]** 20/21 35/7
**manager [2]** 12/8 17/1
**mandated [1]** 5/9
**mandatory [5]** 5/2 5/20 19/25 20/1 34/11
**manner [2]** 25/17 25/22
**many [3]** 17/12 17/12 18/17
**Marrero [1]** 16/12
**masks [1]** 3/3
**matter [1]** 38/15
**matters [1]** 6/5
**may [7]** 1/9 4/9 20/15 20/25 23/1 35/1 36/12
**maybe [2]** 12/13 13/7
**mean [1]** 13/20
**meaningful [1]** 30/1
**means [4]** 13/21 25/17 25/22 27/7
**meant [2]** 14/14 22/2
**mechanical [1]** 2/8
**meeting [13]** 7/16 7/17 12/16 12/22 18/15 25/4 25/16 26/6 26/16 26/21 27/4 32/1 32/21
**memo [1]** 8/20
**memorandum [7]** 10/17 11/5 11/7 12/6 14/4 29/12 30/3
**memorandums [1]** 13/10
**mention [1]** 29/22
**mercy [1]** 18/3
**met [1]** 5/24
**methods [1]** 21/1
**Miami [2]** 22/14 22/14
**Miami-Dade [1]** 22/14
**Microphone [1]** 7/13
**might [2]** 4/16 30/22
**Millan [1]** 14/18
**MILLER [1]** 1/9
**million [3]** 12/13 13/16 13/22
**millions [1]** 13/5

**minutes [1]** 4/5/18
**Miranda [1]** 16/8
**mistake [1]** 31/15
**mistakes [1]** 18/5
**mom [2]** 17/25 17/25
**moment [1]** 32/1
**monetary [4]** 15/1 21/6 29/2 35/20
**money [6]** 8/11 9/10 13/4 21/19 21/21 36/6
**monies [1]** 15/11
**monitor [1]** 30/17
**monitoring [1]** 36/25
**month [3]** 13/15 14/22 36/2
**monthly [2]** 21/13 36/2
**months [18]** 10/10 10/14 13/23 19/14 19/14 19/15 22/1 22/10 27/11 27/16 28/10 33/24 33/4 33/15 33/16 33/24 33/24 33/25
**more [16]** 8/21 8/24 8/24 9/19 10/4 13/11 14/20 14/22 15/9 16/9 18/6 23/21 25/25 27/2 28/18 32/6
**more-than-one-bribe [2]** 10/4 27/2
**morning [13]** 3/2 4/2 4/24 6/8 6/9 6/11 6/14 6/18 11/16 18/14 24/15 24/16 32/8
**most [1]** 17/3
**mother [1]** 16/12
**mother-in-law [1]** 16/12
**motion [7]** 19/4 27/14 27/21 28/7 28/12 30/8 33/19
**move [1]** 23/14
**moving [1]** 12/7
**MR [7]** 1/12 1/16 1/19 1/23 2/2 4/14 35/11
**Mr. [80]**
**Mr. Bradylyons [2]** 21/25 25/9
**Mr. Camacho [4]** 6/3 7/17 12/17 25/6
**Mr. Camacho's [1]** 13/14

# M

**Mr. Collins [3]** 27/19 37/12 38/6

**Mr. Friedman [3]** 6/11 11/2 25/8

**Mr. Guedez [3]** 7/17 12/17 25/7

**Mr. Hopkins [1]** 36/23

**Mr. Huber [1]** 24/12

**Mr. Jonathan [1]** 16/14

**Mr. Millan [1]** 14/18

**Mr. Muller [17]** 4/19 4/20 4/21 12/19 13/8 26/20 27/25 28/23 29/3 31/12 31/25 32/9 32/11 32/20 32/23 36/9 38/8

**Mr. Padrone [2]** 13/13 13/19

**Mr. Pinto [36]** 4/13 6/9 6/12 7/17 10/19 11/13 11/21 11/24 12/2 12/10 12/15 12/17 12/25 13/17 13/18 13/19 14/10 14/17 15/20 18/10 18/15 18/22 22/12 22/24 22/25 24/4 24/9 25/7 28/23 32/10 32/14 32/21 32/22 33/12 33/14 33/15

**Mr. Pinto's [5]** 6/21 14/2 14/19 25/8 32/10

**MS [2]** 1/12 6/13

**Ms. [2]** 6/13 25/6

**Ms. Edwards [2]** 6/13 25/6

**much [1]** 38/11

**MULLER [21]** 1/6 1/22 3/19 4/19 4/20 4/21 12/19 13/8 24/11 26/20 27/25 28/23 29/3 31/12 31/25 32/9 32/11 32/20 32/23 36/9 38/8

**MULLER-HUBER [4]** 1/6 1/22 3/19 24/11

**multiple [2]** 7/2 24/22

**must [19]** 20/3 20/7 20/9 20/11 20/13 20/17 20/19 20/23 20/24 23/7 34/13 34/17 34/19 34/21 34/23

34/3 34/5 35/9 36/18

**my [32]** 12/21 14/15 15/2 15/11 15/16 16/1 16/1 16/6 16/7 16/8 16/9 16/10 16/11 16/11 16/12 16/13 16/14 16/15 16/21 17/2 17/18 17/19 17/23 17/23 17/24 17/25 17/25 17/25 18/4 18/6 18/8 31/19

**myself [1]** 21/25

# N

**N.E [1]** 1/20

**name [1]** 6/16

**national [1]** 28/5

**nearest [2]** 20/9 34/19

**necessarily [1]** 8/8

**necessary [1]** 14/23

**need [8]** 4/7 4/18 12/24 18/6 22/24 23/25 36/9 37/9

**needs [2]** 4/12 38/9

**neighborhood [1]** 13/21

**nervous [1]** 15/21

**never [1]** 31/5

**new [3]** 1/14 20/17 35/3

**news [1]** 12/25

**next [1]** 12/20

**nine [1]** 13/16

**no [14]** 6/23 6/25 14/22 15/23 23/17 24/2 24/17 24/19 26/3 28/3 37/6 37/7 38/5 38/7

**nobody [1]** 9/8

**NOS [1]** 1/4

**not [38]** 5/2 5/18 9/22 11/9 11/13 12/14 13/24 14/11 14/11 14/23 15/2 15/3 17/12 19/4 19/23 20/17 20/19 21/1 23/20 26/5 26/17 26/20 28/5 29/4 29/12 29/17 29/22 30/7 30/18 30/21 32/1 32/2 32/5 34/8 35/3 35/5 37/19 37/25

**note [6]** 11/6 11/24 18/14 19/6 27/14 29/3

**notes [1]** 9/18

**nosu [7]** 3/22 6/13 12/15 14/25 16/16 18/6 26/7

**number [4]** 9/21 12/6 28/10 33/4

**NW [1]** 1/14

# O

**o0o [1]** 38/13

**objected [1]** 7/1

**objection [8]** 7/7 8/13 9/14 10/6 23/17 24/21 27/5 37/7

**objections [6]** 6/22 6/24 6/25 24/18 24/20 24/24

**observation [1]** 25/10

**obstruct [1]** 21/1

**obviously [7]** 8/24 12/16 12/21 13/2 14/20 15/12 33/19

**occupation [2]** 20/19 35/5

**occurred [1]** 25/5

**offense [3]** 5/12 10/8 27/8

**office [8]** 1/16 19/21 20/9 20/15 20/16 34/6 34/20 35/2

**officer [9]** 12/3 20/13 20/19 20/22 26/8 34/23 34/25 35/5 35/8

**officers [1]** 30/19

**Official [1]** 2/4

**officials [1]** 8/5

**often [1]** 29/14

**oh [2]** 6/13 33/6

**old [2]** 27/25 30/4

**one [30]** 1/24 3/12 4/2 7/2 7/6 7/24 8/6 8/7 8/15 8/21 8/24 8/25 9/19 10/4 10/9 14/14 17/15 19/8 23/21 25/13 26/3 26/16 27/2 27/4 27/9 27/12 28/3 28/23 28/23 29/11

**only [6]** 7/6 8/7 8/16 11/13 14/9 31/14

**open [3]** 20/17 29/22 35/3

**operated [1]** 9/2

**opportunity [1]** 18/4

**opposed [2]** 19/8 32/14

**oranges [1]** 32/19
**order [4]** 3/5 21/17 28/3 29/2
**ordered [5]** 9/8 9/12 20/6 21/2 34/16
**original [1]** 37/20
**Orlando [1]** 3/8
**other [13]** 4/17 5/5 6/5 10/17 11/25 12/1 14/1 14/12 14/25 15/14 21/25 24/23 28/16
**others [1]** 26/22
**our [13]** 8/13 9/14 11/6 13/10 15/10 26/10 26/11 26/11 28/7 28/7 30/3 30/8 32/7
**out [7]** 4/11 5/7 8/14 16/25 25/23 29/15 32/25
**outside [2]** 20/7 34/17
**outstanding [5]** 8/4 8/17 9/10 12/12 26/11
**over [6]** 9/24 13/16 16/24 18/16 22/9 26/25
**overreach [1]** 30/10
**overrule [2]** 10/5 27/5
**owner [3]** 12/3 17/10 17/11
**owners [1]** 17/20

**P**

**p.m [1]** 38/12
**Padrone [2]** 13/13 13/19
**paid [15]** 8/11 8/18 9/4 9/9 12/15 12/24 15/1 21/13 25/24 26/2 26/2 26/11 26/17 30/17 36/2
**pandemic [1]** 29/25
**paragraph [1]** 11/6
**parents [2]** 16/11 16/21
**part [5]** 8/10 11/13 15/1 28/1 29/25
**participate [2]** 12/23 32/12
**participated [1]** 32/22
**participations [1]** 17/18

**particular [3]** 12/3 28/14 28/14
**parts [3]** 7/24 7/24 12/14
**past [4]** 8/11 11/17 13/5 14/12
**past-due [2]** 8/11 13/5
**path [1]** 18/8
**patriarch [1]** 31/7
**pay [11]** 7/18 9/4 20/24 21/3 21/5 23/9 29/8 35/9 35/18 35/19 36/20
**payer [1]** 11/13
**payers [2]** 28/21 28/22
**paying [2]** 23/10 36/20
**payment [11]** 7/20 8/4 8/6 8/7 9/3 10/2 21/6 21/7 26/11 35/19 35/21
**payments [9]** 8/14 8/17 9/20 9/22 21/8 21/15 29/10 35/22 36/4
**PDVSA [3]** 8/5 12/5 26/3
**penalty [2]** 21/6 35/20
**people [11]** 11/14 12/18 14/25 16/23 17/5 17/14 25/25 28/25 29/15 30/4 30/25
**per [3]** 21/8 35/22 36/2
**percent [22]** 7/18 7/19 8/2 8/7 9/3 9/4 9/9 10/24 13/6 13/19 13/20 21/9 25/14 25/24 26/3 26/4 26/8 26/12 26/17 26/23 29/16 35/23
**percentage [1]** 29/14
**perfect [1]** 30/18
**performance [2]** 8/22 8/23
**perhaps [5]** 12/12 14/17 26/23 28/4 32/22
**period [9]** 9/25 10/10 10/10 13/7 14/8 15/5 15/7 27/10 27/11
**permit [1]** 9/18
**permits [1]** 5/4
**person [4]** 12/7 16/10 19/21 34/6

**personal [6]** 13/6 13/9 13/16 13/22 14/19 28/25
**personally [4]** 11/19 11/22 11/22 13/17
**phonetic [5]** 13/13 14/19 16/2 16/8 16/13
**physical [1]** 25/15
**PINTO [41]**
**Pinto's [5]** 6/21 14/2 14/19 25/8 32/10
**PINTO-FRANCESCHI [4]** 1/6 1/19 3/17 6/7
**place [3]** 10/21 18/16 26/25
**placed [2]** 19/17 34/2
**placement [3]** 22/11 22/12 37/12
**plaguing [2]** 30/6 30/7
**plain [1]** 10/3
**PLAINTIFF [1]** 1/11
**Plaza [1]** 1/24
**plea [9]** 10/23 23/2 23/2 23/15 23/18 36/13 36/14 37/9 37/11
**please [4]** 3/1 6/4 15/20 31/13
**pled [1]** 24/4
**plus [5]** 7/1 7/3 10/6 24/22 27/5
**point [5]** 9/14 25/11 26/15 32/25 37/1
**pointed [1]** 28/4
**pointing [1]** 4/10
**portion [1]** 4/9
**position [3]** 9/15 26/19 27/1
**positioned [2]** 32/4 32/20
**possibility [1]** 18/5
**possible [1]** 22/13
**post [1]** 17/1
**potentially [2]** 30/5 30/16
**preliminary [3]** 3/11 21/17 29/2
**prepared [1]** 15/17
**preponderance [1]** 5/23
**prerogative [2]** 29/17 29/18

# P

**present [9]** 3/20 3/25 6/10 15/25 23/6 25/6 26/6 27/3 36/16
**presentation [1]** 26/10
**presented [1]** 26/7
**presentence [5]** 5/24 6/20 10/7 24/17 27/7
**president [3]** 32/4 32/20 33/13
**pressure [1]** 12/10
**previous [1]** 27/23
**primarily [2]** 8/11 9/3
**principles [1]** 16/22
**prior [1]** 35/8
**priority [1]** 7/20
**prison [4]** 21/9 30/21 30/23 35/23
**Prisons [10]** 19/13 19/20 21/11 22/13 22/21 33/23 34/5 35/24 37/5 37/18
**probably [3]** 31/5 31/5 33/12
**probation [19]** 11/7 11/10 13/24 14/21 19/21 20/9 20/13 20/15 20/18 20/22 22/8 30/8 30/12 34/6 34/20 34/23 34/25 35/4 35/8
**problem [2]** 15/23 37/6
**procedures [2]** 4/4 4/25
**proceed [2]** 23/9 36/20
**proceedings [6]** 2/8 4/1 20/5 34/16 38/12 38/15
**process [1]** 13/1
**produced [1]** 2/9
**product [1]** 25/25
**productive [1]** 18/22
**products [2]** 9/11 10/2
**profession [2]** 20/20 35/6
**Program [2]** 21/10 35/25
**prohibited [1]** 20/24
**promise [2]** 18/7 18/7
**promotes [1]** 18/20
**proof [1]** 5/22

**properly [2]** 20/11 34/21
**prosecutor [1]** 16/19
**protect [1]** 17/5
**provide [3]** 20/13 29/19 34/23
**provided [7]** 10/20 11/5 13/12 18/23 28/7 28/20 28/22
**proxy [1]** 29/2
**punished [1]** 30/15
**punishment [3]** 15/13 30/16 31/3
**purchase [1]** 25/25
**purpose [1]** 8/15
**purposefully [1]** 30/7
**purposes [1]** 5/9
**Pursuant [2]** 19/11 33/21
**put [5]** 4/21 11/7 12/6 15/6 30/3
**puts [1]** 10/3

# Q

**quantify [1]** 13/20
**quarter [2]** 21/9 35/22
**question [1]** 32/15
**quickly [1]** 18/24
**quite [2]** 9/2 29/24

# R

**RAFAEL [3]** 1/6 3/17 6/7
**raised [1]** 16/21
**ramifications [1]** 15/14
**range [5]** 5/17 10/11 11/9 27/12 28/14
**ranges [1]** 5/4
**rate [1]** 35/11
**rather [1]** 14/1
**reached [1]** 17/16
**read [2]** 14/4 15/18
**ready [1]** 29/23
**really [12]** 8/3 8/10 8/16 8/16 9/5 13/20 13/21 15/9 27/1 28/2 31/14 31/15
**reason [2]** 11/11 32/22
**reasonable [2]** 13/25 15/10

**reasons [1]** 32/18
**recall [1]** 14/15
**receive [1]** 13/6
**received [6]** 11/15 13/15 17/20 28/17 28/18 29/16
**receivers [1]** 28/21
**receiving [2]** 13/4 13/22
**rechecked [1]** 8/17
**recommend [2]** 22/12 33/3
**recommendation [5]** 13/19 22/18 22/20 22/23 33/1
**recommended [4]** 10/9 19/5 27/10 33/1
**record [2]** 22/6 38/15
**recorded [1]** 2/8
**reduced [1]** 35/11
**reduction [1]** 10/25
**reenter [4]** 20/8 20/8 34/18 34/19
**refer [1]** 7/23
**referral [1]** 10/1
**referring [2]** 8/8 9/6
**Reform [3]** 5/10 19/11 33/21
**regard [5]** 11/4 14/10 15/8 18/12 22/11
**reinforced [1]** 13/2
**related [2]** 9/20 29/25
**relating [1]** 10/20
**release [17]** 10/11 15/7 19/16 19/17 19/20 19/23 20/15 21/12 21/14 27/11 34/1 34/2 34/5 34/8 34/25 36/1 36/3
**released [2]** 19/22 34/7
**reliable [1]** 5/25
**rely [2]** 5/7 32/7
**remain [2]** 20/7 34/17
**remaining [3]** 21/12 23/24 36/1
**renegotiating [1]** 26/18
**repay [1]** 29/6
**repeatedly [1]** 18/14
**report [12]** 5/25 6/20 10/8

**report... [9]** 19/21 20/3 20/9 24/17 27/8 34/6 34/13 34/13 34/19

**REPORTER [3]** 2/3 2/4 38/18

**reporting [2]** 20/5 34/15

**represent [2]** 23/11 36/22

**request [4]** 15/11 37/12 37/16 37/17

**requested [2]** 20/14 34/24

**requesting [1]** 10/14

**require [2]** 20/20 35/6

**required [5]** 6/2 20/1 22/22 33/10 34/11

**requirements [2]** 20/5 34/15

**requires [1]** 5/3

**resident [1]** 14/3

**respect [12]** 7/4 10/18 11/5 15/24 16/23 18/20 23/23 24/22 27/5 31/6 32/6 32/9

**respective [1]** 32/13

**respectively [1]** 18/1

**responsibility [7]** 11/18 17/2 18/25 21/10 26/14 31/15 35/24

**responsible [2]** 16/10 17/24

**result [2]** 15/15 32/3

**resulted [1]** 10/22

**return [2]** 20/10 34/20

**reviewed [2]** 6/20 24/17

**rewarded [1]** 19/10

**right [50]**

**rights [6]** 22/24 23/2 23/4 36/10 36/12 36/14

**rises [1]** 10/23

**risk [3]** 28/1 30/5 30/22

**RMR [1]** 2/4

**ROBERT [1]** 1/16

**role [1]** 15/12

**run [3]** 19/19 30/5 34/4

**Rusk [1]** 2/5

**said [8]** 7/6 12/23 13/24 18/22 22/1 25/8 26/10 32/4

**sales [2]** 20/21 35/7

**same [8]** 3/10 13/21 14/25 24/21 25/9 28/10 30/8 30/21

**SARAH [1]** 1/12

**satisfy [1]** 30/16

**say [8]** 7/9 8/24 10/16 14/1 18/11 22/2 24/23 31/12

**scheme [12]** 7/3 18/14 18/15 18/16 25/16 25/17 25/21 25/22 26/1 26/22 32/6 32/10

**SEARLS [1]** 1/16

**seated [1]** 3/1

**secret [1]** 17/13

**Section [2]** 1/13 5/7

**see [10]** 3/24 6/21 7/4 7/15 8/23 14/4 21/17 32/14 33/6 33/8

**seek [2]** 20/11 34/21

**seeking [1]** 11/9

**seemed [1]** 29/20

**seems [2]** 11/15 13/10

**self [1]** 38/10

**sense [1]** 16/9

**sentence [20]** 5/4 5/8 5/15 10/14 10/25 13/15 13/25 14/21 14/22 18/20 19/2 21/25 23/1 27/15 28/10 29/13 33/1 33/2 33/10 36/12

**sentenced [1]** 25/5

**sentences [6]** 11/12 11/14 11/16 28/18 28/19 30/10

**sentencing [27]** 1/8 4/2 4/4 4/24 4/25 5/2 5/3 5/6 5/9 5/10 5/17 5/18 5/21 5/23 6/2 10/17 11/5 11/7 13/14 18/12 19/11 23/21 27/20 27/23 28/5 32/7 33/21

**sentencings [2]** 3/12 11/17

**separate [2]** 10/1 26/24

**series [1]** 9/24

**serve [1]** 22/22

**served [3]** 19/15 22/10 33/25

**services [1]** 10/2

**serving [1]** 15/5

**set [3]** 5/7 5/10 25/7

**shall [17]** 19/16 19/21 19/23 19/24 20/1 21/3 21/6 21/7 21/13 34/1 34/6 34/8 34/9 34/11 35/20 35/21 36/2

**share [2]** 20/16 35/1

**she [2]** 16/3 16/5

**should [9]** 8/2 11/24 15/17 19/9 28/4 29/15 33/2 36/7 37/24

**shouldn't [1]** 7/3

**show [1]** 18/7

**sic [2]** 10/12 19/15

**side [2]** 11/13 18/6

**sign [3]** 23/20 23/22 38/9

**Signature [1]** 38/18

**signed [1]** 21/22

**significance [1]** 32/6

**significant [1]** 11/8

**similarly [1]** 28/17

**since [2]** 3/9 16/22

**single [3]** 9/19 9/21 9/22

**sir [3]** 6/19 31/20 36/11

**situated [1]** 28/17

**situation [1]** 9/1

**Six [2]** 35/14 35/15

**slight [1]** 14/20

**slotted [1]** 29/16

**small [1]** 14/7

**social [2]** 3/2 17/13

**some [16]** 3/25 8/19 11/14 11/25 12/1 14/6 14/10 15/1 23/1 23/4 27/22 29/9 31/6 32/3 36/12 36/14

**something [3]** 7/4 29/5 29/7

**somewhat [1]** 13/8

**son [1]** 31/21

**sorry [8]** 4/6 4/15 7/13 7/21

# S

**sorry... [4]** 16/4 17/7 22/5 22/9
**sort [7]** 8/2 13/2 15/10 15/17 29/1 29/14 29/20
**SOUTHERN [4]** 1/1 21/16 22/13 36/5
**Spanish [1]** 6/10
**Spanish-speaking [1]** 6/10
**speaking [1]** 6/10
**special [5]** 10/12 20/2 21/4 27/13 35/9
**specific [3]** 9/25 26/5 26/5
**specifically [1]** 22/17
**speech [1]** 15/17
**spite [1]** 16/5
**squarely [1]** 10/3
**stability [1]** 17/24
**stable [1]** 17/23
**stand [4]** 3/21 16/17 16/17 16/18
**standard [4]** 5/22 5/24 19/25 34/10
**start [4]** 4/3 4/23 4/25 6/3
**started [2]** 13/1 16/25
**state [2]** 19/24 34/9
**statement [1]** 31/11
**STATES [29]** 1/1 1/4 1/13 1/16 3/7 3/15 3/17 3/18 6/7 6/15 12/8 14/3 18/23 20/6 20/7 20/8 20/13 21/2 21/3 21/16 24/11 24/14 34/17 34/18 34/19 34/23 35/9 35/18 36/5
**statistics [2]** 28/5 28/6
**status [1]** 14/2
**statutory [1]** 5/5
**stenography [1]** 2/8
**steps [2]** 29/6 29/8
**stetched [1]** 8/2
**still [5]** 6/8 18/1 24/16 24/16 30/6
**stone [1]** 8/3
**stop [2]** 32/5 32/20

**Street [1]** 1/17
**strict [1]** 15/13
**stuff [1]** 3/11
**submissions [1]** 32/7
**submit [1]** 20/23
**substance [2]** 20/23 20/24
**substantial [5]** 9/10 10/24 15/13 18/23 29/14
**successful [1]** 17/4
**such [1]** 17/19
**suffer [1]** 30/22
**sufficient [2]** 13/25 14/23
**sufficiently [1]** 5/25
**suggest [1]** 8/4
**Suite [4]** 1/17 1/20 1/24 2/5
**summed [2]** 7/11 7/14
**superseding [1]** 37/24
**supervised [7]** 10/11 15/7 19/17 19/23 27/11 34/2 34/8
**supervision [3]** 19/25 21/15 36/4
**supervisory [1]** 30/19
**support [1]** 16/3
**Supreme [2]** 4/5 5/1
**sure [8]** 15/19 24/3 24/4 25/20 28/5 29/12 30/1 37/21
**surprisingly [1]** 19/4
**surrender [4]** 23/19 34/14 37/4 38/10
**surrendering [1]** 37/4
**susceptibility [1]** 30/23
**sustain [2]** 8/13 9/13

# T

**tailor [1]** 5/4
**take [2]** 15/9 15/17
**taken [3]** 7/5 18/8 37/24
**taking [3]** 19/10 29/6 29/8
**talk [1]** 25/4
**talked [4]** 25/6 26/4 27/22 28/25
**tamper [1]** 21/1
**targets [3]** 29/20 29/22 29/24
**taught [1]** 16/23

**tell [2]** 6/16 32/15
**ten [3]** 13/16 16/15 17/22
**term [8]** 19/17 19/18 21/14 26/16 33/24 34/2 34/3 36/3
**terms [9]** 25/7 25/12 25/13 25/14 25/23 25/23 26/1 26/15 26/18
**testing [3]** 20/23 20/25 21/1
**TEXAS [6]** 1/1 1/17 1/25 2/5 21/16 36/5
**text [1]** 10/4
**than [18]** 8/21 8/24 8/24 9/19 10/4 10/17 11/25 13/12 14/1 14/20 14/22 14/23 18/6 19/5 24/23 27/2 32/3 33/12
**thank [25]** 4/10 4/10 4/20 11/1 15/25 16/1 16/7 16/10 16/14 17/22 18/10 19/1 22/5 24/7 24/8 25/20 31/10 31/19 31/20 31/23 33/9 33/17 35/17 37/10 38/10
**thankful [1]** 16/3
**that [175]**
**that'll [1]** 21/22
**that's [22]** 6/14 6/23 7/8 8/10 10/15 11/15 11/20 11/21 12/9 12/25 13/23 15/13 18/18 24/19 26/13 26/13 27/18 29/12 30/1 31/9 32/15 32/17
**their [16]** 3/10 4/8 5/12 7/24 8/20 16/16 17/6 17/12 20/4 22/22 23/22 25/24 29/2 29/10 34/15 38/9
**them [4]** 4/1 9/6 16/20 31/1
**then [9]** 3/12 3/14 13/7 18/16 25/8 25/24 26/9 29/11 38/10
**theory [2]** 23/6 36/16
**there's [6]** 8/20 8/23 8/24 23/23 28/5 37/14
**Thereafter [1]** 5/14
**therefore [3]** 7/3 10/7 33/18
**these [10]** 8/4 8/5 8/17 10/2

# T

**these...** [6] 12/11 12/24 23/5 29/1 30/14 36/15

**they** [21] 4/9 5/20 7/18 9/4 9/20 12/21 12/22 12/23 14/7 18/6 25/7 25/15 25/15 25/16 25/16 25/21 25/22 25/22 26/12 28/18 31/5

**they're** [2] 18/1 22/22

**they've** [1] 31/6

**thing** [3] 8/16 13/24 29/11

**things** [3] 7/19 10/1 11/13

**think** [33] 3/9 7/4 7/11 7/14 7/15 8/1 8/8 9/2 9/5 9/7 9/9 10/3 11/20 12/12 13/25 15/10 15/12 19/9 22/1 22/2 23/23 25/11 27/4 27/20 29/25 30/11 30/14 31/2 31/3 31/24 32/22 33/10 33/11

**thirty** [1] 9/25

**thirty-two** [1] 9/25

**this** [67]

**those** [11] 8/20 9/4 9/10 17/5 22/10 23/2 28/6 28/11 32/8 32/13 36/12

**though** [3] 19/6 27/3 33/13

**thought** [7] 4/15 17/6 17/8 25/16 25/16 25/21 25/22

**three** [12] 9/25 10/11 18/17 19/17 19/18 19/19 25/3 25/5 27/12 34/2 34/3 34/4

**through** [3] 21/15 31/16 36/4

**time** [11] 3/10 3/12 8/6 13/7 14/25 15/10 17/3 17/17 17/17 17/17 22/22

**times** [2] 13/16 25/3

**today** [13] 11/10 14/6 15/25 16/6 16/12 17/22 17/24 25/1 25/3 25/5 27/24 28/3 28/19

**together** [2] 25/15 26/4

**told** [1] 26/9

**took** [4] 10/21 18/16 18/24 26/25

**total** [12] 5/12 10/6 19/11 19/15 19/19 21/6 22/10 27/8 28/10 33/25 34/4 35/19

**traded** [1] 9/19

**transcript** [2] 2/8 38/14

**treated** [1] 9/19

**trend** [2] 11/16 28/9

**trial** [1] 6/1

**tried** [3] 25/25 28/11 28/23

**true** [1] 26/20

**truthful** [1] 10/19

**try** [3] 25/24 29/6 29/8

**Twenty** [1] 33/16

**Twenty-four** [1] 33/16

**two** [21] 4/7 7/1 7/3 9/14 9/25 10/1 10/6 14/7 16/7 19/7 19/7 19/8 24/5 24/22 25/3 25/4 25/11 26/15 27/6 30/18 32/13

**two-count** [1] 24/5

**two-point** [3] 9/14 25/11 26/15

**type** [2] 18/18 18/19

**types** [1] 28/18

# U

**U.S** [8] 5/1 20/3 20/11 20/16 31/18 34/14 34/21 35/1

**ultimate** [1] 5/21

**ultimately** [2] 8/16 26/2

**unaware** [1] 4/15

**under** [7] 5/13 5/17 14/23 16/22 17/2 27/10 28/10

**undergoing** [1] 17/13

**understand** [5] 7/18 8/10 9/7 16/16 17/18

**understanding** [1] 12/21

**understands** [1] 26/14

**understood** [1] 36/25

**unfortunately** [4] 12/15 12/25 15/3 17/16

**unique** [1] 26/24

**UNITED** [29] 1/1 1/4 1/13 1/16 3/7 3/15 3/17 3/18 6/7 6/15 12/8 14/3 18/23 20/6

20/7 20/8 20/13 21/2 21/3 21/16 24/11 24/14 34/17 34/18 34/19 34/23 35/9 35/18 36/5

**United States** [24] 3/7 3/15 3/17 3/18 6/7 12/8 14/3 18/23 20/6 20/7 20/8 20/13 21/2 21/3 21/16 24/11 24/14 34/17 34/18 34/19 34/23 35/9 35/18 36/5

**units** [1] 3/3

**unless** [2] 20/7 34/18

**unpaid** [2] 21/8 35/21

**unseal** [2] 23/14 37/9

**unsealed** [3] 23/18 23/18 37/11

**until** [2] 20/5 34/15

**unwarranted** [2] 28/6 28/13

**up** [11] 3/11 3/22 7/11 7/14 8/19 12/20 17/19 23/1 31/7 33/4 36/12

**upon** [3] 8/10 19/16 34/1

**us** [1] 10/3

**use** [3] 7/23 8/9 29/14

**used** [3] 5/25 12/16 20/24

**users** [3] 7/23 8/8 9/6

# V

**value** [1] 16/23

**variance** [3] 11/9 27/22 28/6

**Venequip** [9] 8/14 9/8 10/21 12/4 12/11 12/18 12/21 16/24 32/4

**Venequip's** [3] 7/24 8/9 10/1

**Venezuela** [6] 7/23 12/5 12/7 17/13 18/1 29/7

**Venezuelan** [1] 17/15

**versus** [6] 3/7 3/16 3/17 3/18 6/7 24/11

**very** [7] 3/3 16/18 16/22 16/25 18/24 38/2 38/11

**vis** [2] 32/9 32/9

## V

**vis-a-vis [1]** 32/9
**Voluntary [1]** 23/19
**volunteer [2]** 20/20 35/6

## W

**wages [2]** 21/9 35/23
**waive [1]** 23/3
**waiver's [2]** 23/6 36/16
**waivers [2]** 23/5 36/15
**waives [1]** 36/14
**want [16]** 3/24 4/3 4/9 4/21
4/24 10/16 12/23 15/9 17/18
18/2 22/6 24/22 25/20 31/14
31/15 31/16
**wanted [2]** 17/3 30/1
**warranted [1]** 19/3
**warrants [1]** 10/24
**Washington [1]** 1/14
**wasn't [7]** 12/2 12/3 12/3
13/4 13/4 26/15 27/3
**way [9]** 4/16 8/1 17/15 18/9
25/13 26/11 26/16 30/8
30/16
**we [51]**
**we'd [2]** 9/13 32/7
**we'll [3]** 3/23 23/21 38/10
**we're [8]** 4/8 11/8 13/3
13/24 15/10 24/4 24/10
29/18
**we've [7]** 11/11 11/12 13/13
25/3 28/15 28/18 32/8
**weight [1]** 5/16
**well [6]** 5/5 10/2 13/18
27/15 32/4 33/3
**well-positioned [1]** 32/4
**went [6]** 8/14 12/19 12/23
26/8 26/9 30/22
**were [15]** 7/20 8/13 9/10
9/11 9/11 9/17 12/12 17/2
17/11 21/24 25/13 25/23
25/24 26/2 29/23
**what's [2]** 10/17 11/15
**whether [1]** 5/24

**which [16]** 4/12 6/3 7/24
10/21 11/13 11/24 12/12
13/10 19/22 21/20 22/18
28/22 34/7 36/6 36/13 36/14
**while [5]** 19/23 21/9 26/22
34/8 35/23
**who [13]** 4/1 4/7 4/12 11/15
12/19 16/8 16/12 17/5 17/14
17/25 25/13 26/3 28/17
**whole [1]** 15/14
**why [3]** 13/14 13/23 32/17
**wife [4]** 14/6 16/1 17/24
37/14
**will [21]** 4/1 5/7 5/10 5/14
5/16 6/3 11/6 14/9 15/4 16/2
16/16 18/7 18/7 18/8 21/8
22/10 23/19 27/7 29/14
35/22 37/25
**willing [2]** 29/19 29/23
**winter [1]** 30/24
**within [9]** 5/11 10/3 19/19
20/9 23/8 27/1 34/4 34/20
36/19
**without [6]** 20/18 20/22
23/9 35/4 35/8 36/20
**work [3]** 17/15 20/12 34/22
**worked [2]** 12/5 16/24
**working [1]** 13/3
**world [1]** 14/15
**would [46]**
**written [2]** 15/17 24/23
**wrong [3]** 12/13 22/9 26/13

## Y

**yeah [4]** 12/23 22/8 22/9
38/1
**year [11]** 9/25 14/1 14/2
14/2 14/9 14/9 14/13 14/17
14/22 15/12 30/4
**years [18]** 10/11 12/6 16/15
16/24 16/25 17/22 17/25
18/17 19/17 19/18 19/19
26/25 27/12 27/25 30/18
34/2 34/3 34/4
**yes [8]** 22/10 24/16 25/19

**yield [1]** 27/9
**yields [1]** 10/9
**York [1]** 1/14
**you [127]**
**you'll [2]** 3/21 12/19
**you're [1]** 20/25
**you've [1]** 28/15
**young [1]** 16/22
**youngest [1]** 17/3
**your [55]**
**Your Honor [35]** 4/6 4/19
6/8 6/15 8/12 9/18 9/23
10/15 10/18 15/22 15/24
16/18 16/18 18/2 18/3 18/13
21/19 23/15 24/2 24/19
24/25 27/21 31/9 31/22
31/25 32/16 35/16 36/8
36/24 37/7 37/10 37/13
37/19 38/5 38/7